# Exhibit 5



Digital Technology Delivered

Detroit Legal Imaging

550 W. Fort St.

Detroit, MI 48226

Telephone: (313) 962-4020

Fax: (313) 962-6331

www.detroitlegalimaging.com

July 31, 2009

George Donnini
Butzel Long
150 West Jefferson
Detroit MI 48226

Re: Open invoices for Butzel Long regarding BBC Equities.

Mr. Donnini,

As requested, I have assembled a list and copies of outstanding invoices for litigation support services rendered to Butzel Long on behalf of BBC Equities.

| Invoice Date | Invoice Date | Term | Due Date | Days Past | Total |
|---|---|---|---|---|---|
| 5/7/2009 | 189584 | net 30 | 6/6/2009 | 55 | 2,132.22 |
| 6/2/2009 | 189620 | net 30 | 7/2/2009 | 29 | 567.98 |
| 6/16/2009 | 190032 | net 30 | 7/16/2009 | 15 | 2,029.35 |
| 6/29/2009 | 190143 | net 30 | 7/29/2009 | 2 | 315.58 |
| 6/29/2009 | 190111 | net 30 | 7/29/2009 | 2 | 392.22 |
| 7/13/2009 | 190351 | net 30 | 8/12/2009 | 7 | 96.05 |

Total 6,233.40

As you can see, Butzel Long/BBC Equities owe Detroit Legal Imaging a considerable amount of money. Any action to arrange for the immediate payment of these invoices is greatly appreciated.

I have also attached an accounting report containing this information and copies of the invoices for your review.

Thank you,

Bryan Fitzgibbon