Exhibit 6



# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

BBC Equities, LLC
Attn: Tracey Batey, Esq.
3000 Town Center
Suite 1700
Southfield, MI 48075

May 12, 2009
Invoice No. 8427146

**(Privileged and Confidential Information)**

Matter Description: INVESTIGATION

Professional Services Posted
Through April 30, 2009:                                                     68,720.50

Current Disbursements:                                                         340.59

                                                                            69,061.09
Total Current Invoice:                                                      69,061.09
Total Balance Due:                                                         $69,061.09

**Invoice is payable upon receipt**

Detroit  Bloomfield Hills  Ann Arbor  Lansing  Holland  Boca Raton  Palm Beach  Washington D.C.  New York
Alliance Offices  Beijing  Shanghai  Member Lex Mundi  www.butzel.com

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

BBC Equities, LLC
Attn: Tracey Batey, Esq.
3000 Town Center
Suite 1700
Southfield, MI 48075

June 12, 2009
Invoice No. 8430533

**(Privileged and Confidential Information)**

Matter Description: INVESTIGATION

Professional Services Posted
Through May 31, 2009:                                          70,852.00

Current Disbursements:                                            899.19

                                                               71,751.19
**Total Current Invoice**                                      71,751.19
**Total Balance Due**                                         $71,751.19

**Invoice is payable upon receipt**

Detroit   Bloomfield Hills   Ann Arbor   Lansing   Holland   Boca Raton   Palm Beach   Washington D.C.   New York
Alliance Offices   Beijing   Shanghai   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

BBC Equities, LLC
Attn: Tracey Batey, Esq.
3000 Town Center
Suite 1700
Southfield, MI 48075

July 24, 2009
Invoice No. 8435840

**(Privileged and Confidential Information)**

Matter Description: INVESTIGATION

| | |
|---|---:|
| Professional Services Posted Through June 30, 2009: | 36,055.00 |
| Current Disbursements: | 1,638.95 |
| | 37,693.95 |
| Total Current Invoice | 37,693.95 |
| Total Balance Due: | $37,693.95 |

**Invoice is payable upon receipt**

Detroit  Bloomfield Hills  Ann Arbor  Lansing  Holland  Boca Raton  Palm Beach  Washington D.C.  New York
Alliance Offices  Beijing  Shanghai  Member Lex Mundi  www.butzel.com