UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

            Plaintiff,

v.

JOHN J. BRAVATA, RICHARD J. TRABULSY, ANTONIO M. BRAVATA, BBC EQUITIES, LLC, BRAVATA FINANCIAL GROUP, LLC, and SHARI A. BRAVATA,

            Defendants.
_____/

Case No. 09-12950
Hon. David M. Lawson

## NOTICE OF APPEARANCE OF RECEIVER

PLEASE TAKE NOTICE that Earle I. Erman of Erman, Teicher, Miller, Zucker & Freedman, P.C., herewith enters his appearance as Receiver of BBC Equities, LLC and Bravata Financial Group, LLC in the above-entitled cause.

        ERMAN, TEICHER, MILLER,
        ZUCKER & FREEDMAN, P.C.

        By: /s/ Earle I. Erman
            Earle I. Erman (P24296)
            Receiver of BBC Equities, LLC
            and Bravata Financial Group, LLC
            400 Galleria Officentre, Ste. 444
            Southfield, MI  48034
            Tel:   (248) 827-4100
            Fax:   (248) 827-4106
            eerman@ermanteicher.com

DATED:   September 3, 2009

F:\OTHERINS\BBC\eie appearance.doc