UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

Plaintiff,

v.

JOHN J. BRAVATA, RICHARD J.
TRABULSY, ANTONIO M. BRAVATA, BBC
EQUITIES, LLC and BRAVATA FINANCIAL
GROUP, LLC,

Defendants.

and

SHARI A. BRAVATA,

Relief Defendant.

Civil Action No. 2:09-cv-12950

Hon. David M. Lawson
Hon. Magistrate Judge Virginia M. Morgan

---

## DISCLOSURE OF COMERICA BANK

Comerica Bank provides the following notarized statement setting forth all accounts or other assets in the name of BBC Equities, LLC or Bravata Financial Group, LLC. The amounts listed next to the account numbers are the balances of the accounts as of September 9, 2009. Comerica claims a security interest in all funds in these accounts.

The following accounts are in the name of Bravata Financial Group, LLC:

| Account | Balance |
|---|---|
| XXXX-XXXXX-1 | $2,606.66 |
| XXXX-XXXXX-4 | $1,344.81 |
| XXXX-XXXXX-5 | $(52.95) |
| XXXX-XXXXX-2 | $0.00 |
| XXXX-XXXXX-5 | $32.96 |
| XXXX-XXXXX-3 | $(836.33) |

Troy_540295_1

The following accounts are in the name of BBC Equities, LLC or Bravata Holdings X d/b/a BBC Equities:

| Account | Amount |
|---|---|
| XXXX-XXXXXXXXXX-8 | $113,499.26 |
| XXXX-XXXXX-5 | $1,859.39 |
| XXXX-XXXXXXXXXX-3 | $302,805.55 |

_____
Rebecca Adkins-DiDonato

Subscribed and sworn to before me this _10_ day of September, 2009.

_____
Notary Public, Wayne County, MI
My Commission Expires: 8-12-13

> DARLENE K VAJDA
> Notary Public - Michigan
> Macomb County
> My Commission Expires Aug 12, 2013
> Acting in the County of Wayne