UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

          Plaintiff,

Case No. 09-12950
Honorable David M. Lawson

v.

JOHN J. BRAVATA, RICHARD J.
TRABULSY, ANTONIO M. BRAVATA,
BBC EQUITIES, LLC, BRAVATA
FINANCIAL GROUP, LLC, and SHARI A.
BRAVATA,

          Defendants.

_____/

## ORDER TO SHOW CAUSE

On September 11, 2009, the plaintiff filed a motion for an order requesting defendant John J. Bravata to show cause why he should not be held in contempt of court for violating the Court's order freezing the defendants' assets. In this motion, the government alleges that on August 10, 2009, John J. Bravata borrowed approximately $37,000 against two of his life insurance policies that were subject to the asset freeze without obtaining the Court's authorization to do so.

The Court finds that the plaintiff has made a showing sufficient to require a response from John J. Bravata.

Accordingly, it is **ORDERED** that defendant John J. Bravata must appear before this Court in person at Theodore Levin United States Courthouse, 231 W. Lafayette Boulevard, Detroit, MI 48226, Room 860, on **Thursday, October 1, 2009 at 8:30 a.m.** and **SHOW CAUSE**, if any there be, why he should not be held in civil contempt of this Court's order freezing assets and punished accordingly.

It is further **ORDERED** that any written explanation defendant John J. Bravata desires to offer must be submitted to the Court **on or before September 28, 2009**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   September 14, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 14, 2009.

s/Lisa M. Ware  
LISA M. WARE