UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN J. BRAVATA, RICHARD J. TRABULSY, ANTONIO M. BRAVATA, BBC EQUITIES, LLC and BRAVATA FINANCIAL GROUP, LLC,

    Defendants,

and

SHARI A. BRAVATA,

    Relief Defendant.

CIVIL ACTION No. 09-12950

HON. DAVID M. LAWSON

## NOTICE OF LIS PENDENS
## NOTICE OF CIVIL ACTION AFFECTING TITLE TO REAL PROPERTY

Notice is hereby given that the above-captioned civil action was filed on July 26, 2009 seeking injunctive and other relief. This civil action is now pending in the United States District Court for the Eastern District of Michigan, involves the parties listed in the caption above and affects the following property:

Permanent Real Estate Index Number(s): 23-03-128-010

Address of Real Estate: 30532 Woodstream Drive, Farmington Hills, MI 48018

Legal Description of Property:

> Lot #85, Woodstream Farms Subdivison part of the North ½ of Section 3, Town 1 North, Range 9 East, Farmington Township, Farmington Hills, Oakland County, Michigan. Recorded in Liber 126, Page 31, 32 and 33 of Plats. Oakland County Records.

The owner of the above-referenced property, Lily Trabulsy, hereby acknowledges that $33,950.58 of equity is being used as collateral to allow her grandson, Richard J. Trabulsy, to borrow against his Minnesota Life Insurance Policy to pay attorney's fees in the above-captioned civil action.

Lily Trabulsy further agrees that she shall not destroy, damage, impair or encumber the above-referenced property without this Court's permission.

/s/ Jonathan S. Polish
Benjamin J. Hanauer
James G. Lundy
Jonathan S. Polish
Attorneys for Plaintiff
Securities and Exchange SEC
175 West Jackson, Ste. 900
Chicago, IL 60604
(312) 353-8642
HanauerB@sec.gov
LundyJ@sec.gov
PolishJ@sec.gov

/s/ Jonathan M. Sterling
Gary M. Saretsky (P31708)
Miles D. Hart (P43797)
Jonathan M. Sterling (P69770)
Attorneys for Richard J. Trabulsy
Saretsky Hart Michaels & Gould PC
995 South Eton
Birmingham, MI 48009
(248) 502-3300
jsterling@saretsky.com

Lily Trabulsy

Dated: September 14, 2009

SHELLY PALER
Notary Public - Michigan
Oakland County
My Commission Expires Jun 28, 2015
Acting in the County of _____

2