UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

          Plaintiff,

v.

JOHN J. BRAVATA, RICHARD J.
TRABULSY, ANTONIO M. BRAVATA,
BBC EQUITIES, LLC, BRAVATA
FINANCIAL GROUP, LLC, and SHARI A.
BRAVATA,

          Defendants.
_____/

Case No. 09-12950
Honorable David M. Lawson

**ORDER ADJOURNING EVIDENTIARY HEARING TO OCTOBER 21 AND
GRANTING AN EXTENSION OF TIME TO FILE THE RECEIVER'S REPORT**

    On September 17, 2009, the Court held a phone conference with counsel for the plaintiff, the defendants, and the receiver to set dates for an evidentiary hearing and a show cause hearing. Both matters were originally scheduled for October 1, 2009. The Court recently was informed that the receiver would be unable to complete its report by the due date, as required in the Court's Order Appointing a Receiver, and also would be unable to attend the hearing. The receiver has requested additional time to complete the report. The Court and the parties believe that the receiver's input at the evidentiary hearing would be helpful. The parties have agreed that the hearing on the motion for preliminary injunction and the receivership be postponed to October 21, 2009. The Court will extend the time within which the receiver shall file its report to October 19, 2009.

    Accordingly, it is **ORDERED** that the evidentiary hearing on the plaintiff's motion for a preliminary injunction and appointment of a receiver is **ADJOURNED** to **October 21, 2009, at 1:00 p.m.**

It is further **ORDERED** that the show cause hearing [dkt #63] will proceed as scheduled on **October 1, 2009, at 8:30 a.m.**

It is further **ORDERED** that the deadline for filing the receiver's report is **EXTENDED** to **October 19, 2009.**

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated: September 18, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 18, 2009.

s/Lisa M. Ware<br>
LISA M. WARE