UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

U.S. SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

Case No. 2:09-cv-12950-DML-VMM
Hon. David M. Lawson
Magistrate Judge: Hon. Virginia M. Morgan

JOHN J. BRAVATA, RICHARD J.
TRABULSY, ANTONIO M. BRAVATA,
BBC EQUITIES, LLC and BRAVATA
FINANCIAL GROUP, LLC,

    Defendants,

and

SHARI A. BRAVATA

    Relief Defendant.
_____/

### STIPULATED ORDER ALLOWING DEFENDANT RICHARD J. TRABULSY TO BORROW AGAINST HIS LIFE INSURANCE POLICY TO PAY ATTORNEY'S FEES

This matter having come before the Court upon the stipulation of the parties to allow Defendant Trabulsy to borrow against his life insurance policy to pay attorney's fees;

Defendant Trabulsy having provided the Securities and Exchange Commission with sufficient evidence that the real estate asset to be used as collateral for the loan has an unencumbered value sufficient to secure the borrowing and that the proposed mortgagor has good and sufficient title to make the conveyance and Notice of Lis Pendens having been filed with the Court (Docket #66)

*Law Offices Saretsky Hart Michaels & Gould PC*

and the Oakland County Register of Deeds;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that pursuant to this Court's August 21, 2009 Order Granting Defendant Trabulsy's Petition To Permit Borrowing Against Life Insurance Policy To Pay Attorneys Fees, Denying Renewed Motion By Corporate Defendants To Unfreeze Assets To Pay Attorneys Fees, Denying Other Requests To Unfreeze Assets, And Scheduling Status Conference On Motion To Continue Preliminary Injunction And For Appointment Of Receiver (Docket #49), Defendant Trabulsy is hereby permitted to borrow $33,950.58 (payable to the Saretsky Hart Michaels & Gould Client Trust Account) against his Minnesota Life Insurance Policy for the sole purpose of paying attorney's fees.

**NOW, THEREFORE, IT IS FURTHER ORDERED** that in the event it is determined that the proceeds of the Minnesota Life Insurance Policy are property of the BBC Equities, LLC and/or Bravata Financial Group, LLC, estates, the Receiver shall have lien against the real property identified in Docket # 66 and may cause the property to be sold, without right of redemption, to recover the subject proceeds. A copy of this order may be recorded with the Oakland County Register of Deeds.

**SO ORDERED.**

Dated:_____, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

I STIPULATE TO THE ENTRY OF THIS ORDER:

/s/ Benjamin J. Hanauer (w/consent)
Benjamin J. Hanauer
James G. Lundy
Jonathan S. Polish
Attorneys for Plaintiff
Securities and Exchange SEC
175 West Jackson, Ste. 900
Chicago, IL 60604
(312) 353-8642
HanauerB@sec.gov
LundyJ@sec.gov
PolishJ@sec.gov

/s/ Jonathan M. Sterling
Gary M. Saretsky (P31708)
Miles D. Hart (P43797)
Jonathan M. Sterling (P69770)
Attorneys for Richard J. Trabulsy
Saretsky Hart Michaels & Gould PC
995 South Eton
Birmingham, MI 48009
(248) 502-3300
jsterling@saretsky.com

/s/ Earle I. Erman (w/consent)
Earle I. Erman (P24296)
Receiver of BBC Equities, LLC
and Bravata Financial Group, LLC
400 Galleria Officentre, Ste. 444
Southfield, MI 488034
(248) 827-4100
eerman@ermanteicher.com

Lily Trabulsy

Dated: 9-22-09, 2009

JASMINA NELJKOVIC
Notary Public - Michigan
Wayne County
My Commission Expires Sep 24, 2014
Acting in the County of Wayne

3