UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

v.

JOHN J. BRAVATA, RICHARD J. TRABULSY, ANTONIO BRAVATA, BBC EQUITIES, LLC AND BRAVATA FINANCIAL GROUP, LLC

        Defendants,

and

SHARI A. BRAVATA,

        Relief Defendant.

CIVIL ACTION NO.: 2:09-cv-12950-DML-VMM

**MOTION FOR LEAVE TO ENLARGE
PAGE LIMITATION ON MEMORANDUM
IN RESPONSE TO ORDER TO SHOW CAUSE ON
<u>BEHALF OF DEFENDANT, JOHN J. BRAVATA</u>**

NOW COMES Defendant, John J. Bravata ("Mr. Bravata"), by and through his legal counsel, Gregory Bartko, Esq. of the Law Office of Gregory Bartko, LLC and, pursuant to Local Rule 7.1(c)(3), hereby moves this Honorable Court for leave to permit the enlargement of the page limitation provided by Local Rules

1

of this Court, with respect to the Memorandum in Response to Order to Show Cause on Behalf of Defendant, John J. Bravata ("Memorandum"), to be filed contemporaneous herewith. Movant believes good cause exists for the relief sought by this motion as described below:

1.   Mr. Bravata has received the Court's Order to Show Cause and has worked with his undersigned counsel to compile a meaningful and comprehensive response thereto, prior to the hearing scheduled before this Court on October 1, 2009 at 8:30 a.m.

2.   At present, Mr. Bravata's Memorandum consists of 30 pages, including the signature page, but excluding the caption page and Certificate of Service. The Memorandum includes exhibits referred to throughout the Memorandum, which are in addition to the 30 pages of the Memorandum.

3.   The Court and counsel should benefit from a more, rather than less, complete response to the Court's Order to Show cause prior to the hearing. Hearing time is likely to be shortened as a result—establishing good cause to permit the enlargement of the page limitation covering the Memorandum.

WHEREFORE, Defendant, John J. Bravata respectfully requests that the Court grant leave permitting Mr. Bravata to file and have the Court consider the Memorandum in connection with the Court's Order to Show Cause, with an

enlargement of the page limitation otherwise provided by Local Rule 7.1(c)(3) as referenced herein.

Dated this 24th day of September, 2009.

Respectfully Submitted,


By: /s/ Gregory Bartko, Esq.
**Law Office of Gregory Bartko, LLC**
Gregory Bartko, Esq.
Michigan Bar No. P30052
*Counsel for Bravata Defendants*
3475 Lenox Road, Suite 400
Atlanta, GA 30326
Telephone: (404) 238-0550
Facsimile: (866) 342-4092
gbartko@securitieslawcounsel.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| v. | ) |
| Plaintiff, | ) ) |
| JOHN J. BRAVATA, RICHARD J. TRABULSY, ANTONIO BRAVATA, BBC EQUITIES, LLC AND BRAVATA FINANCIAL GROUP, LLC | ) ) ) ) CIVIL ACTION NO.: 2:09-cv-12950-DML-VMM |
| Defendants, | ) ) |
| and | ) ) |
| SHARI A. BRAVATA, | ) ) |
| Relief Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION FOR LEAVE TO ENLARGE PAGE LIMITATION ON MEMO-RANDUM IN RESPONSE TO ORDER TO SHOW CAUSE ON BEHALF OF DEFENDANT, JOHN J. BRAVATA was filed electronically this 24th day of September, 2009 with the Clerk of the Court using *CM/ECF*. I also certify that the

foregoing document is being served this day on all counsel of record and any *pro se* parties identified on the attached Service List via e-mail and U.S. mail, either via transmission of Notices of Electronic Filing generated by *CM/ECF* or via U.S. mail to those parties that have formally appeared of record but are who are not authorized to receive electronic Notices of Electronic Filing.

                Respectfully Submitted,


                By: /s/ Gregory Bartko, Esq.
                Law Office of Gregory Bartko, LLC
                Gregory Bartko, Esq.
                *Counsel for Bravata Defendants*
                3475 Lenox Road, Suite 400
                Atlanta, GA 30326
                Telephone: (404) 238-0550