UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

v.

JOHN J. BRAVATA, RICHARD J.
TRABULSY, ANTONIO M. BRAVATA,
BBC EQUITIES, LLC, BRAVATA
FINANCIAL GROUP, LLC, and SHARI A.
BRAVATA,

                Defendants.
_____/

Case No. 09-12950
Honorable David M. Lawson

## ORDER GRANTING RECEIVER'S MOTION FOR AUTHORITY TO RETAIN O'KEEFE & ASSOCIATES AS FINANCIAL ADVISORS AND GRANTING OTHER RELIEF

The matter is before the Court on the motion by Earle I. Erman, Receiver for BBC Equities, Inc. and Bravata Financial Group, LLC, to retain the firm of O'Keefe & Associates as financial advisors assisting Mr. Erman. The motion was heard in open court on October 1, 2009, and, with none of the parties objecting to the motion, the Court granted the motion for the reasons stated on the record. In addition, in his response to the order to show cause directed to defendant John J. Bravata, the Receiver identified certain assets subject to the asset freeze order that he has not been able to locate and inventory. The Court determines that the Receiver should have relief concerning those assets.

Accordingly, it is **ORDERED** that the Receiver's motion for authority to retain O'Keefe & Associates as financial advisers [dkt. # 60] is **GRANTED**.

It is further **ORDERED** that O'Keefe & Associates is hereby appointed and authorized to act as financial advisor for the Receiver, effective September 3, 2009, to assist him in carrying out his duties and responsibilities under the September 2, 2009 Order Appointing Receiver (the "Receivership Order"), including provision of the services set forth in the Engagement Letter attached under Tab 1 to the Receiver's motion for authority to retain O'Keefe & Associates as financial advisors.

It is further **ORDERED** that O'Keefe & Associates shall be compensated for professional services rendered and for reimbursement of expenses in accordance with the applicable provisions of the Engagement Letter, the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission, any additional written instructions from the Receiver and any orders entered by the Court, but only upon approval of compensation by the Court. In no event may O'Keefe & Associates claim compensation at rates in excess of those limitations represented by the Receiver to the Court.

It is further **ORDERED** that O'Keefe & Associates shall be considered "Retained Personnel" as defined within the Receivership Order, including the provisions contained in paragraphs 35-38.

It is further **ORDERED** that the Receiver shall have access to a rental storage facility located at 11228 Lemen Road, Whitmore Lake, Michigan for the purpose of conducting an inventory and securing property that is subject to the asset freeze order previously entered by the Court.

It is further **ORDERED** that the Receiver shall locate and secure a certain Ferrari automobile owned by defendant John J. Bravata (or in which Bravata has a beneficial interest).

It is further **ORDERED** that the Receiver shall locate and secure a certain two Corvette automobiles in the possession of Motor City Steel that defendant John J. Bravata was converting to resemble Ferrari Daytona Spyders.

It is further **ORDERED** that the Receiver shall take such action as may be necessary to preserve and ensure that the property is adequately protected by insurance against loss or damage.

It is further **ORDERED** that the defendants, and each of them, shall cooperate with the Receiver in locating and securing the property, documents of title or ownership, and applicable insurance policies.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated: October 5, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 5, 2009.

s/Susan Pinkowski<br>
SUSAN PINKOWSKI