UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                    Plaintiff,

v.

JOHN J. BRAVATA, RICHARD J.
TRABULSY, ANTONIO M. BRAVATA,
BBC EQUITIES, LLC, BRAVATA
FINANCIAL GROUP, LLC, and SHARI A.
BRAVATA,

                    Defendants.
_____/

Case No. 09-12950
Honorable David M. Lawson

## ORDER DIRECTING RECEIVER TO RESPOND TO WEST WIND OF BAREFOOT BEACH, LLC'S MOTION FOR RELEASE OF THE PROPERTY IN BONITA SPRINGS, FLORIDA FROM THE ORDER FREEZING ASSETS

On October 6, 2009, West Wind of Barefoot Beach, LLC ("West Wind"), a non-party to this action, filed a motion asking the Court to exclude from the asset freeze order its property located at 26868 Hickory Boulevard in Bonita Springs, Florida. West Wind states that on June 25, 2009, it entered into a residential lease with defendant John J. Bravata, pursuant to which Bravata would have the right to purchase the property under certain conditions. West Wind contends that defendant Bravata has failed to make payments under the lease and West Wind is now entitled to take possession of the property. Before the Court decides West Wind's motion, it would benefit from the receiver's response to the motion.

Accordingly, it is **ORDERED** that Receiver Earle I. Erman shall respond to West Wind's motion for release of the property in Bonita Springs, Florida from the order freezing assets [dkt. # 84] **on or before Wednesday, October 28, 2009**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: October 7, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 7, 2009.

s/Lisa M. Ware
LISA M. WARE
