UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case No. 2:09-CV-12950-DML-VMM

**MOTION TO INTERVENE OF THE HUNTINGTON NATIONAL BANK**

**INDEX OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Answer and Affirmative Defenses of Defendant The Huntington National Bank to be filed if it is permitted to intervene |
| 2. | Motion for Abandonment of Properties by the Receiver and Relief from Stay and Memorandum in Support to be filed by Huntington if it is permitted to intervene |
| 3. | Affidavit of Felix Melchor in Support of Intervention, Abandonment and Modification of Sky on Behalf of Huntington |
| 3-1. | Exhibit A to Melchor Affidavit - Loans from Huntington to Phil & Rebecca's and Rockland Development |
| 3-2. | Exhibits B1-B4 to Melchor Affidavit |
| | • Exhibit B1 to Melchor Affidavit - Judgment Entry against Phil & Rebecca's in favor of Huntington |
| | • Exhibit B2 to Melchor Affidavit - Judgment Entry against Phil & Rebecca's in favor of Huntington |
| | • Exhibit B3 to Melchor Affidavit - Judgment Entry against Rockland in favor of Huntington |
| | • Exhibit B4 to Melchor Affidavit - Judgment Entry against Rockland in favor of Huntington |
| 3-3. | Exhibits C1-C6 to Melchor Affidavit |
| | • Exhibit C1 to Melchor Affidavit - Mortgage between Huntington and Phil & Rebecca's |
| | • Exhibit C2 to Melchor Affidavit - Mortgage between Huntington and Phil & Rebecca's |
| | • Exhibit C3 to Melchor Affidavit - Mortgage between Huntington and Phil |

    & Rebecca's

- Exhibit C4 to Melchor Affidavit - Mortgage between Huntington and Phil & Rebecca's

- Exhibit C5 to Melchor Affidavit - Mortgage between Huntington and Phil & Rebecca's

- Exhibit C6 to Melchor Affidavit - Mortgage between Huntington and Phil & Rebecca's

3-4.    Exhibits C7-C8, C10 to Melchor Affidavit

- Exhibit C7 to Melchor Affidavit - Mortgage between Huntington and Phil & Rebecca's

- Exhibit C8 to Melchor Affidavit - Mortgage between Huntington and Phil & Rebecca's

- Exhibit C10 to Melchor Affidavit - Mortgage between Huntington and Phil & Rebecca's

3-5.    Exhibits D1-D4, D6 to Melchor Affidavit

- Exhibit D1 to Melchor Affidavit - Mortgage between Huntington and Rockland

- Exhibit D2 to Melchor Affidavit - Mortgage between Huntington and Rockland

- Exhibit D3 to Melchor Affidavit - Mortgage between Huntington and Rockland

- Exhibit D4 to Melchor Affidavit - Mortgage between Huntington and Rockland

- Exhibit D6 to Melchor Affidavit - Mortgage between Huntington and Rockland

3-6.    Exhibits E1, E3-E8, E10 to Melchor Affidavit

- Exhibit E1 to Melchor Affidavit - Assignment of Rents between Huntington and Phil & Rebecca's

- Exhibit E3 to Melchor Affidavit - Assignment of Rents between Huntington and Phil & Rebecca's

SLK_TOL: #1688094v1    2

- Exhibit E4 to Melchor Affidavit - Assignment of Rents between Huntington and Phil & Rebecca's

- Exhibit E5 to Melchor Affidavit - Assignment of Rents between Huntington and Phil & Rebecca's

- Exhibit E6 to Melchor Affidavit - Assignment of Rents between Huntington and Phil & Rebecca's

- Exhibit E7 to Melchor Affidavit - Assignment of Rents between Huntington and Phil & Rebecca's

- Exhibit E8 to Melchor Affidavit - Assignment of Rents between Huntington and Phil & Rebecca's

- Exhibit E10 to Melchor Affidavit - Assignment of Rents between Huntington and Phil & Rebecca's

3-7.    Exhibits F1-F4, F6 to Melchor Affidavit

- Exhibit F1 to Melchor Affidavit - Assignment of Rents between Huntington and Rockland

- Exhibit F2 to Melchor Affidavit - Assignment of Rents between Huntington and Rockland

- Exhibit F3 to Melchor Affidavit - Assignment of Rents between Huntington and Rockland

- Exhibit F4 to Melchor Affidavit - Assignment of Rents between Huntington and Rockland

- Exhibit F6 to Melchor Affidavit - Assignment of Rents between Huntington and Rockland

3-8.    Exhibit G to Melchor Affidavit - Commercial Security Agreements between Huntington and Phil & Rebecca's and Rockland

3-9.    Exhibit H to Melchor Affidavit - Utility shut-off notices