**Exhibit B1**

121985



# COURT OF COMMON PLEAS
# LUCAS COUNTY, OHIO

| | | |
|---|---|---|
| The Huntington National Bank, | ) | Case No. CI0200905603 |
| | ) | |
| Plaintiff, | ) | Judge ASSIGNED TO J. _____ |
| | ) | |
| -vs- | ) | **JUDGMENT ENTRY ON FEWER THAN** |
| | ) | **ALL CLAIMS AND PARTIES FINDING** |
| Phil & Rebecca's, LLC, et al., | ) | **NO JUST REASON FOR DELAY** |
| | ) | |
| Defendants. | ) | Thomas P. Dillon (0059899) |
| | ) | Stefanie E. Deller (0071347) |
| | ) | John N. MacKay (0002801) |
| | ) | SHUMAKER, LOOP & KENDRICK, LLP |
| | ) | North Courthouse Square |
| | ) | 1000 Jackson Street |
| | ) | Toledo, Ohio 43604 |
| | ) | Telephone:   (419) 241-9000 |
| | ) | Fax:   (419) 241-6894 |
| | ) | E-Mail   sdeller2@slk-law.com |
| | ) | |
| | ) | Attorneys for Plaintiff |
| | ) | |

\* \* \*

This cause came before the Court upon the Complaint on Cognovit Notes and on Mortgages ("Complaint") of Plaintiff, The Huntington National Bank, based upon seven cognovit Promissory Notes ("Notes") issued by Defendant Phil & Rebecca's, LLC, formerly

SLK_TOL: #1662525v2

known as Phil & Jerry's, LLC, and currently also known as Phil and Rebecca's, LLC ("Phil & Rebecca's"), copies of which are attached to the Complaint as Exhibits 1(a), 2(a), 3(a), 4(a), 5(a), 6(a), and 7(a).

Kirk J. Wicklund, an Ohio attorney, pursuant to warrants of attorney, filed confessions of judgment for and on behalf of Phil & Rebecca's as to the claims for relief in Counts 1(a), 2(a), 3(a), 4(a), 5(a), 6(a), 7(a), and 8 in the Complaint. Based upon these filings, the Court finds that:

1. The Notes were duly executed by Defendant Phil & Rebecca's;

2. Each of the Notes contain a warrant of attorney to confess judgment and to waive process and errors;

3. Defendant Phil & Rebecca's has waived the issuing and service of process in this case as to the claims for relief in Counts 1(a), 2(a), 3(a), 4(a), 5(a), 6(a), and, 7(a) of the Complaint and have confessed judgment on claims for relief in the listed Counts only in favor of Plaintiff The Huntington National Bank for $3,141,542.16, plus interest at the contract default rate of $255.84667 per diem from July 6, 2009 until the entire amount of the judgment is paid in full, plus court costs and attorneys' fees of $9,000.00;

4. Defendant Phil & Rebecca's has released and waived all exceptions, errors, and rights of appeal as to the claims for relief only.

5. Pursuant to Civ. R. 54(B), this is a judgment which adjudicates fewer than all of the claims and the rights and liabilities of fewer than all parties, and there is no just reason for delay.

**It Is, Therefore, Ordered, Adjudged, And Decreed** that Plaintiff The Huntington National Bank is hereby granted judgment in its favor against Defendant Phil & Rebecca's in the

aggregate sum of $3,141,542.16, plus interest at the contract default rate of $255.84667 per diem from July 6, 2009 until the judgment is paid in full on each of the Notes as follows:

| Note | Count and Exhibit No. | Balance | Per Diem |
|---|---|---|---|
| 1 | 1(a) | $365,349.01 | $49.23457 |
| 2 | 2(a) | $704,548.88 | $62.41369 |
| 3 | 3(a) | $494,108.13 | $34.42081 |
| 4 | 4(a) | $332,707.96 | $23.17656 |
| 5 | 5(a) | $486,859.07 | $33.91507 |
| 6 | 6(a) | $298,888.51 | $20.68784 |
| 7 | 7(a) | $459,080.60 | $31.99813 |

plus court costs and attorneys' fees of $9,000.00

**It Is Further Ordered, Adjudged, And Decreed** that the claims for relief in Counts 1(b), 1(c), 2(b), 2(c), 3(b), 3(c), 4(b), 4(c), 5(b), 5(c), 6(b), 6(c), 7(b), 7(c), 8, 9, 10, and 11 are not adjudicated pursuant to this Judgment Entry and shall be continued.

**It Is Further Ordered, Adjudged, And Decreed** that, under Civ. R. 54(B), the Court determines there is no just reason for delay in entering the judgment herein.

**It Is So Ordered.**

Dated:_____      _____Frederick H. McDonald_____
                                                  Judge

# PHIL & REBECCA'S NOTE BALANCES AS OF 7/6/09

|   | Note Balance | Per Diem |
|---|---|---|
| 1 | $ 365,349.01 | $ 49.23457 |
| 2 | $ 704,548.88 | $ 62.41369 |
| 3 | $ 494,108.13 | $ 34.42081 |
| 4 | $ 332,707.96 | $ 23.17656 |
| 5 | $ 486,859.07 | $ 33.91507 |
| 6 | $ 298,888.51 | $ 20.68784 |
| 7 | $ 459,080.60 | $ 31.99813 |

Balance of All Notes
$ 3,141,542.16

Per Diem for All Notes
$ 255.84667

Balance of Notes 1 & 2
$ 1,069,897.89

Per Diem for Notes 1 & 2
$ 111.64826

Balance of Notes 3 - 7
$ 2,071,644.27

Per Diem for Notes 3 - 7
$ 144.19841

SLK_TOL: 1663414v1

**Exhibit B2**



FILED
LUCAS COUNTY

2009 AUG -3 P 3:19

COMMON PLEAS COURT
BERNIE QUILTER

## COURT OF COMMON PLEAS
## LUCAS COUNTY, OHIO

| | | |
|---|---|---|
| The Huntington National Bank, | ) | Case No. _____ |
| | ) | ASSIGNED TO _____ |
| Plaintiff, | ) | Judge _____ |
| | ) | |
| -vs- | ) | **JUDGMENT ENTRY** |
| | ) | |
| Phil & Rebecca's, LLC, | ) | Thomas P. Dillon (0059899) |
| | ) | Stefanie E. Deller (0071347) |
| Defendant. | ) | John N. MacKay (0002801) |
| | ) | SHUMAKER, LOOP & KENDRICK, LLP |
| | ) | North Courthouse Square |
| | ) | 1000 Jackson Street |
| | ) | Toledo, Ohio 43604 |
| | ) | Telephone:   (419) 241-9000 |
| | ) | Fax:         (419) 241-6894 |
| | ) | E-Mail       sdeller2@slk-law.com |
| | ) | |
| | ) | Attorneys for Plaintiff |

\* \* \*

This cause came before the Court upon the Complaint on Cognovit Notes ("Complaint") of Plaintiff, The Huntington National Bank, based upon three cognovit Promissory Notes ("Notes") issued or assumed by Defendant Phil & Rebecca's, LLC, formerly known as Phil & Jerry's, LLC, and currently also known as Phil and Rebecca's, LLC ("Phil & Rebecca's"), copies of which are attached to the Complaint as Exhibits 1, 2, and, 3.

SLK_TOL: #1666296v1

Kurt J. Wicklund, an Ohio attorney, pursuant to warrants of attorney, filed confessions of judgment for and on behalf of Phil & Rebecca's as to the claims for relief in the Complaint. Based upon these filings, the Court finds that:

1. Notes 9 and 10 were duly executed by Defendant Phil & Rebecca's;

2. Note 8 was duly assumed by Defendant Phil & Rebecca's pursuant to a valid Assumption Agreement;

3. Each of the Notes and the Assumption Agreement contain a warrant of attorney to confess judgment and to waive process and errors;

4. Defendant Phil & Rebecca's has waived the issuing and service of process in this case and have confessed judgment on all claims for relief in favor of Plaintiff The Huntington National Bank for $1,628,534.92, plus interest at the contract default rate of $288.11461 per diem from July 7, 2009 until the entire amount of the judgment is paid in full, plus court costs and attorneys' fees of $6,000.00; and,

5. Defendant Phil & Rebecca's has released and waived all exceptions, errors, and rights of appeal as to the claims for relief.

**It Is, Therefore, Ordered, Adjudged, And Decreed** that Plaintiff The Huntington National Bank is hereby granted judgment in its favor against Defendant Phil & Rebecca's in the aggregate sum of $1,628,534.92, plus interest at the contract default rate of $288.11461 per diem from July 7, 2009 until the judgment is paid in full on each of the Notes as follows:

| Note | Count and Exhibit No. | Balance | Per Diem |
|---|---|---|---|
| 8 | 1 | $972,993.98 | $175.94711 |
| 9 | 2 | $202,556.93 | $17.51389 |
| 10 | 3 | $452,984.01 | $94.65361 |

plus court costs and attorneys' fees of $6,000.00

**It Is Further Ordered, Adjudged, And Decreed** that, under Civ. R. 54(B), the Court determines there is no just reason for delay in entering the judgment herein.

**It Is So Ordered.**

Dated:_____   _____
Judge   *Frederick H. McDonald*

# Exhibit B3



FILED
LUCAS COUNTY
2009 AUG 13 ☐ 3:02
COMMON PLEAS COURT
BERNIE QUILTER

COURT OF COMMON PLEAS
LUCAS COUNTY, OHIO

| | | |
|---|---|---|
| The Huntington National Bank, | ) | Case No. CI0200906233 |
| | ) | |
| Plaintiff, | ) | Judge _____ |
| | ) | **Assigned to Judge Gene Zmuda** |
| -vs- | ) | JUDGMENT ENTRY |
| | ) | |
| Rockland Development, Ltd., | ) | Thomas P. Dillon (0059899) |
| | ) | Stefanie E. Deller (0071347) |
| Defendant. | ) | John N. MacKay (0002801) |
| | ) | SHUMAKER, LOOP & KENDRICK, LLP |
| | ) | North Courthouse Square |
| | ) | 1000 Jackson Street |
| | ) | Toledo, Ohio 43604 |
| | ) | Telephone:  (419) 241-9000 |
| | ) | Fax:  (419) 241-6894 |
| | ) | E-Mail  sdeller2@slk-law.com |
| | ) | |
| | ) | Attorneys for Plaintiff |

\* \* \*

This cause came before the Court upon the Complaint on Cognovit Notes ("Complaint") of Plaintiff, The Huntington National Bank, based upon four cognovit Promissory Notes ("Notes") issued by Defendant Rockland Development, Ltd. ("Rockland Development"), copies of which are attached to the Complaint as Exhibits 1, 2, 3, and 4.

SLK_TOL: #1666381v1

Kurt J. Wicklund, an Ohio attorney, pursuant to warrants of attorney, filed confessions of judgment for and on behalf of Rockland Development as to the claims for relief in the Complaint. Based upon these filings, the Court finds that:

1. The Notes were duly executed by Defendant Rockland Development;

2. Each of the Notes contains a warrant of attorney to confess judgment and to waive process and errors;

3. Defendant Rockland Development has waived the issuing and service of process in this case and have confessed judgment on all claims for relief in favor of Plaintiff The Huntington National Bank for $3,397,377.70, plus interest at the contract default rate of $628.43452 per diem from July 27, 2009 until the entire amount of the judgment is paid in full, plus court costs and attorneys' fees of $6,000.00;

4. Defendant Rockland Development has released and waived all exceptions, errors, and rights of appeal as to the claims for relief only.

**It Is, Therefore, Ordered, Adjudged, And Decreed** that Plaintiff The Huntington National Bank is hereby granted judgment in its favor against Defendant Rockland Development in the aggregate sum of $3,397,377.70, plus interest at the contract default rate of $628.43452 per diem from July 27, 2009 until the judgment is paid in full on each of the Notes as follows:

| Note | Count and Exhibit No. | Balance | Per Diem |
|---|---|---|---|
| 1 | 1 | $530,255.94 | $101.76874 |
| 2 | 2 | $486,702.15 | $56.07639 |
| 3 | 3 | $1,134,277.33 | $208.05381 |
| 4 | 4 | $1,246,142.42 | $262.53558 |

plus court costs and attorneys' fees of $6,000.00

SLK_TOL: #1666381v1

2

**It Is Further Ordered, Adjudged, And Decreed** that, under Civ. R. 54(B), the Court determines there is no just reason for delay in entering the judgment herein.

**It Is So Ordered.**

Dated:_____          _____
                                Judge

# Exhibit B4



## COURT OF COMMON PLEAS
## LUCAS COUNTY, OHIO

| | |
|---|---|
| The Huntington National Bank, ) | Case No. CI 0200906281 |
| ) | Assigned to Judge Stacy L. Cook |
| Plaintiff, ) | Judge _____ |
| ) | |
| -vs- ) | **JUDGMENT ENTRY** |
| ) | |
| Rockland Development, Ltd., ) | Thomas P. Dillon (0059899) |
| ) | Stefanie E. Deller (0071347) |
| Defendant. ) | John N. MacKay (0002801) |
| ) | SHUMAKER, LOOP & KENDRICK, LLP |
| ) | North Courthouse Square |
| ) | 1000 Jackson Street |
| ) | Toledo, Ohio 43604 |
| ) | Telephone: (419) 241-9000 |
| ) | Fax: (419) 241-6894 |
| ) | E-Mail sdeller2@slk-law.com |
| ) | |
| ) | Attorneys for Plaintiff |

\* \* \*

This cause came before the Court upon the Complaint on Cognovit Notes ("Complaint") of Plaintiff, The Huntington National Bank, based upon two cognovit Promissory Notes ("Notes") issued by Defendant Rockland Development, Ltd. ("Rockland Development"), copies of which are attached to the Complaint as Exhibits 1 and 2.

SLK_TOL: #1668842v1

Kurt J. Wicklund, an Ohio attorney, pursuant to warrants of attorney, filed confessions of judgment for and on behalf of Rockland Development as to the claims for relief in the Complaint. Based upon these filings, the Court finds that:

1. The Notes were duly executed by Defendant Rockland Development;

2. Each of the Notes contains a warrant of attorney to confess judgment and to waive process and errors;

3. Defendant Rockland Development has waived the issuing and service of process in this case and have confessed judgment on all claims for relief in favor of Plaintiff The Huntington National Bank for $1,340,138.40, plus interest at the contract default rate of $268.86193 per diem from July 27, 2009 until the entire amount of the judgment is paid in full, plus court costs and attorneys' fees of $6,000.00;

4. Defendant Rockland Development has released and waived all exceptions, errors, and rights of appeal as to the claims for relief only.

**It Is, Therefore, Ordered, Adjudged, And Decreed** that Plaintiff The Huntington National Bank is hereby granted judgment in its favor against Defendant Rockland Development in the aggregate sum of $2,586,280.802, plus interest at the contract default rate of $531.39751 per diem from July 27, 2009 until the judgment is paid in full on each of the Notes as follows:

| Note | Count and Exhibit No. | Balance | Per Diem |
|---|---|---|---|
| 5 | 2 | $255,344.14 | $45.40077 |
| 6 | 3 | $1,084,794.32 | $223.46116 |

plus court costs and attorneys' fees of $6,000.00

It Is So Ordered.

Dated: AUG 1 3 2009

_____
Judge