## UNITED DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.

JOHN J. BRAVATA, RICHARD J.
TRABULSY, ANTONIO M. BRAVATA,
BBC EQUITIES, LLC, BRAVATA
FINANCIAL GROUP, LLC and SHARI A.
BRAVATA,

      Defendants.
_____/

Case No. 09-12950
Honorable David M. Lawson

### RECEIVER'S STATEMENT REGARDING HIS MOTION FOR TURNOVER OF FERRARI TITLE AND TO COMPEL JOHN BRAVATA TO APPEAR FOR EXAMINATION TO ENABLE RECEIVER TO LOCATE AND SECURE ASSETS

Earle I. Erman, Receiver of BBC Equities, Inc. and Bravata Financial Group, through his counsel Bodman LLP, states as follows:

1. On October 8, 2009, counsel for Receiver informed counsel for Bravata that the Receiver would file a motion before this Court if the Receiver was not able to fulfill his obligations to locate and secure collateral under this Court's order.

        Respectfully submitted,

        BODMAN LLP

By: s/Jane Derse Quasarano
    F. Thomas Lewand (P16619)
    *tlewand@bodmanllp.com*
    Robert J. Diehl (P31264)
    *rdiehl@bodmanllp.com*
    Jane Derse Quasarano (P45514)
    *jquasarano@bodmanllp.com*
    Alan N. Harris (P56324)
    *aharris@bodmanllp.com*
    6th Floor at Ford Field
    1901 St. Antoine Street
    Detroit, Michigan  48226
    (313) 259-7777
    Attorneys for Receiver Earle I. Erman

October 16, 2009

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 16, 2009 *Receiver's Statement Regarding His Motion for Turnover of Ferrari Title and to Compel John Bravata to Appear for Examination to Enable Receiver to Locate and Secure Assets* was electronically filed with the Clerk of the Court for the United States District Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

    /s/ Jane Derse Quasarano
    Bodman LLP
    6th Floor at Ford Field
    1901 St. Antoine Street
    Detroit, Michigan 48226
    Phone:  (313) 259-7777
    Fax:     (313) 393-7579
    Email:  jquasarano@bodmanllp.com
    Attorney for Receiver, Earle I. Erman