# EXHIBIT D

[Schedule of Real Estate Interests With Proposed Disposition]

BBC Equities
Property Value Analysis

O'Keefe and Associates

| # | Legal Entity | Property Address | Description | FN | Debt Balance* Balance | Debt Balance* Date | Independent Appraisals* Value | Independent Appraisals* Date | FN | Purchase Price** Price | Purchase Price** Date | Purchase Price** Cash | Purchase Price** Shares | Class | Receiver's Recommendation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | BBC Holdings 1, LLC f/k/a Bravata Holdings 1, LLC | 5521 Lover's Lane, Portage, MI | Single Family Rental | | 71,020 | 10/12/2009 | 94,800 | 2009 Tax | 5 | 50,000 | 9/23/1999 | | | | Likely to abandon. Further investigation necessary |
| | Ferndale Lofts, LLC f/k/a Bravata Holdings 2, LLC | 22840 Woodward Ave, Ferndale, MI | Office | | 2,392,708 | 1/5/2009 | 1,170,000 | 3/29/2009 | 6 | | | | | | Abandon, no equity |
| | BBC Holdings 6, LLC f/k/a Bravata Holdings VI, LLC | 8680 W. Grand River, Brighton, MI | Office | | 235,259 | 9/23/2009 | 400,000 | 4/1/2009 | 26 | | | | | | Further investigation necessary. Possible sale. |
| | BBC Holdings 7, LLC f/k/a Bravata Holdings VII, LLC | 532 Pleasant Home Ct., Kalamazoo, MI | Single Family Rental | | 69,303 | 10/12/2009 | 81,400 | 2009 Tax | 5 | 72,918 | 10/19/2006 | | | | Likely to abandon. Further investigation necessary |
| | BBC Holdings 9, LLC f/k/a Bravata Holdings IX, LLC | 26668 Hickory Blvd, Bonita Springs, FL | Resort Rental | | 3,991,433 | 6/25/2009 | 4,020,610 | 2008 Tax | 7 | 3,991,500 | 6/25/2009 | 1,465,211 | | | Likely to abandon. Further investigation necessary, Motion pending before Court. |
| | BBC Holdings 11, LLC | 2001 Lakeview Dr., Portage, MI | Single Family Rental | | 312,000 | 1/14/2009 | 326,000 | 9/25/2009 | 24 | 390,000 | 4/7/2006 | | | | Likely to abandon. |
| | BBC Holdings 12, LLC | 3107 Morgan St., Kalamazoo, MI | Single Family Rental | 2 | 90,000 | 1/14/2009 | 100,000 | 10/16/2006 | | 100,000 | 10/23/2006 | | | | Likely to abandon. Further investigation necessary |
| | BBC Holdings 9, LLC f/k/a Bravata Holdings IX, LLC | 125 Vester St., Ferndale, MI | Parking Lot | | Forfeited | | | | 8 | | | | | | Already forfeited |
| | Rockland Maple City, LLC | 825 W. Beecher St., Adrian, MI | Flex | | 542,397 | 8/10/2009 | 220,000 | 9/23/2008 | 1, 22 | 625,000 | 3/7/2006 | | | | Abandon, no equity. Motion pending before the Court. |
| | Rockland Maple City, LLC | 727 Bradish St., Adrian, MI | Office / Storage | | 542,397 | 8/10/2009 | 190,000 | 3/6/2008 | 1, 21 | 548,000 | 4/11/2006 | | | | Abandon, no equity. Motion pending before the Court. |
| | 14293 Custer-Dundee, LLC | 14293 South Custer, Dundee, MI | Car Wash | | 456,429 | 8/10/2009 | 208,000 | 12/29/2008 | 1, 19 | 666,000 | 8/12/2003 | | | | Abandon, no equity. Motion pending before the Court. |
| | 620 Reynolds-Toledo, LLC | 620 North Reynolds, Toledo, OH | Car Wash | | 460,301 | 8/10/2009 | 285,000 | 9/19/2008 | 1, 17 | 574,000 | 5/13/2005 | | | | Abandon, no equity. Motion pending before the Court. |
| | 6016 Summit-Toledo, LLC | 6016 North Summit, Toledo, OH | Car Wash | | 585,000 | 8/10/2009 | 826,000 | 11/14/2003 | | 3,991,500 | 6/25/2009 | | | | Abandon, no equity. Motion pending before the Court. |
| | 1465 Towers-Oregon, LLC | 1465 Towers Road, Oregon, OH | Car Wash | | 495,937 | 8/10/2009 | 190,000 | 9/19/2008 | 1, 13 | 288,000 | 4/25/2005 | | | | Abandon, no equity. Motion pending before the Court. |
| | 1760 Alexis-Toledo, LLC | 1760 West Alexis Road, Toledo, OH | Car Wash | 23 | 488,153 | 8/10/2009 | 225,000 | 9/19/2008 | 1, 15 | 312,000 | 4/27/2005 | 90,000 | 2/13/2008 | | Abandon, no equity. Motion pending before the Court. |
| | 2254 Enterprise-Fremont, LLC | 2254 Enterprise, Freemont, OH | Flex | | 840,000 | 9/29/2009 | 270,000 | 2/2/2009 | | | | | | | Abandon, no equity. |
| | 4117 Alexis-Toledo, LLC | 4117 West Alexis Road, Toledo, OH | Car Wash | | 333,592 | 8/10/2009 | 516,000 | 9/19/2008 | 1, 14 | 370,000 | 4/27/2005 | | | | Abandon, no equity. Motion pending before the Court. |
| | 28310 Oregon-Perrysburg, LLC | 28310 Oregon Road, Perrysburg Twp., OH | Car Wash / Retail | | 938,385 | 1/13/2009 | 240,000 | 12/27/2008 | 1, 18 | 1,350,000 | 5/2/2002 | | | | Abandon, no equity. Motion pending before the Court. |
| | 4824 Lewis-Toledo, LLC | 4824 Lewis Avenue, Toledo, OH | Car Wash | | 300,024 | 8/10/2009 | 188,000 | 9/19/2008 | 1, 16 | 325,000 | 4/27/2005 | | | | Abandon, no equity. Motion pending before the Court. |
| | 345 Anthony Wayne-Waterville, LLC | 345 Anthony Wayne, Waterville, OH | Car Wash | | 706,924 | 8/10/2009 | 188,000 | 12/27/2008 | 1, 12 | 480,000 | 11/5/2004 | | | | Abandon, no equity. Motion pending before the Court. |
| | 6616 Providence-Whitehouse, LLC | 6616 Providence, Whitehouse, OH | Car Wash | | 367,170 | 8/10/2009 | 140,000 | 12/27/2008 | 1, 11 | 480,000 | 11/2/2002 | | | | Abandon, no equity. Motion pending before the Court. |
| 22 | Rockland Lemoyne, LLC | 27800 Lemoyne, Millbury, OH | Flex | | 1,737,305 | 8/10/2009 | 760,000 | 9/29/2008 | 1, 20 | 2,100,000 | 8/3/2007 | | | | Abandon, no equity. Motion pending before the Court. |
| 23 | 3630 Rockland Circle, LLC | 3630 Rockland Circle, OH | Storage | | 1,137,190 | 8/10/2009 | 980,000 | 9/19/2008 | | 1,670,000 | 8/3/2007 | | | | Abandon, no equity. Motion pending before the Court. |
| | 27962 East Broadway, Wallbridge, LLC | 27962 East Broadway, Wallbridge, OH | Flex | | 154,000 | 10/12/2009 | 141,500 | 2009 Tax | 7 | 105,200 | 9/25/2009 | | 10/11/2002 | 25 | Abandon, no equity. Motion pending before the Court. |
| | 3618 Rockland Circle, LLC | 3618 Rockland, Millbury, OH | Flex | | 531,681 | 8/10/2009 | 560,000 | 9/19/2008 | 1 | 750,000 | 8/8/2007 | 140,000 | | | Abandon, no equity. Motion pending before the Court. |
| | Rocket Square Dorr Street Investors, LLC | 3403-3417 Dorr, Toledo, OH | Retail | | 1,000,276 | 2/10/2009 | 750,000 | 6/1/2007 | | | | | | | Likely to abandon. Further investigation necessary. |
| | Renaissance Adrian, LLC | 101 - 111 East Maumee, Adrian, MI | Redevelopment | 4 | 232,000 | 9/29/2009 | 368,304 | 2009 Tax | 9 | 298,000 | 11/2/2007 | | | | Sell. |
| | Hastings Property 1, LLC | 2511 West M-43, Hastings, MI | Development | | | | 433,400 | 9/27/2008 | | 500,000 | 9/27/2008 | | $500,000 | C | Likely to abandon. Further investigation necessary. |
| | Villas at Palisades, LLC f/k/a BBC Holdings 50 | Villas at Palisades, Sylvania, OH | Single Family For Sale | | 1,560,498 | 3/9/2009 | 1,916,000 | 1/1/2009 | | 959,911 | 10/12/2007 | 403,000 | | | Abandon, no equity. |
| | BBC Holdings 49, LLC | Amberwood, Ashland, OH | Retail | | 4,187,000 | 9/29/2009 | 4,000,000 | 12/1/2008 | 10, 24 | 5,600,000 | 10/1/2007 | | $242,848 | ? | Requires further investigation. |
| | BBC Holdings 17, LLC | 8125 Sandpiper, Canton, MI | Single Family Rental | | 207,719 | 1/15/2009 | 241,500 | 9/25/2009 | | 260,000 | 1/27/2006 | | | | Likely to abandon. Further investigation necessary |
| | 253 Woodlake Drive, Brighton LLC | 253 Woodlake Drive, Brighton, MI | Single Family Rental | | 162,442 | 10/12/2009 | 188,000 | 4/19/2007 | 5 | 185,000 | 7/2/2007 | | | | Sell. |
| | BBC Holdings 4, LLC | 810 4th Street, Three Rivers, MI | Condo Rental | | | | 51,500 | 2009 Tax | 5 | 37,500 | 12/18/2006 | | | | Abandon, no equity. |
| | BBC Holdings 15, LLC | 161 Majestic Bay #303, Cape Canaveral, FL | Condo Rental | | 403,339 | 12/29/2008 | 290,000 | 9/25/2009 | 24 | 450,000 | 5/15/2007 | | | | Requires further investigation. |
| | Richard Trabulsy Residence | 8485 Hilton Rd., Brighton, MI | Single Family Residence | 3 | 740,000 | 9/29/2009 | 670,350 | 2009 Tax | | 900,000 | 12/5/2007 | 48,245 | | | Requires further investigation. |
| | John & Shari Bravata Residence | 18817 Grande Vista, Brighton, MI | Single Family Residence | | | | 389,950 | Unknown | | 1,170,000 | 3/2/2007 | | | | Requires further investigation. |
| | GBC-BBC-55, LLC (30% Minority Owner) | Hilton Head Condo - Hilton Head, SC | Condominium | | 1,168,228 | 10/12/2009 | 1,028,000 | 9/25/2009 | 24 | | | | | | Likely not property of receivership estate. Further investigation necessary |
| 38 | Florida Property | 26876 Hickory Blvd, Bonita Springs, FL | Condominium | | Unknown | | | | | | | | | | Likely not property of receivership estate. Further investigation necessary |
| 39 | Florida Property | 26820 Hickory Blvd, Bonita Springs, FL | Condominium | | - | | 2,774,000 | 9/25/2009 | | 1,900,000 | 9/17/2009 | | | | Likely not property of receivership estate. Further investigation necessary |
| | | | | | | | 4,027,500 | 9/25/2009 | | 4,486,400 | 6/5/2009 | | | | |

**Data Sources**

Independent Appraisals - When available, the most recent two independent appraisals were reviewed, and the values calculated in the "as is" scenario are displayed on this report. Where no independent appraisals were available, the most recent tax appraisals were used.
Purchase Prices - Obtained from warranty deeds, public records, BBC Equities' records, and closing documentation, where applicable and available.

**Footnotes (FN)**

1  Appraisal provided by John N. Mckey, counsel for Huntington Bank
2  This property is the residence of John Bravata's mother.
3  The Bravata personal residence is reportedly titled in the name of John and Shari Bravata.
4  Old Fort Bank on this property.
5  This property is dilapidated and unusable in its current state.
6  No independent appraisal was available for this property. The appraised value listed is the taxable assessed or Michigan SEV value of 2008 multiplied by two.
7  The value resulting from the 3/29/09 appraisal on this property was inclusive of the 125 Vester St. Ferndale, MI parking lot, which was subsequently forfeited to the bank.
8  No independent appraisal was available for this property. The appraised value listed is the 2008 taxable assessed, or full market value without adjustment. Property includes OE Broadway & O T Taylor Ave.
9  Building is dilapidated and unusable in its current state.  BBC Equities holds a loan receivable related to this property in the amount of $1,569,000. There is also a $740,000 mortgage from Old Fort Bank on this property.
10 This property was forfeited to Citizens Bank.
11 Property appears to be comprised of 2 parcels: XA0-100-0169-00 and XA0-100-0168-00. No independent appraisal was available for this property. The appraised value listed is the 2009 taxable value without adjustment.
12 No independent appraisal was available for this property. The appraised value listed is the 125 Vester St., Ferndale, MI parking lot, which was subsequently forfeited to the bank.
13 No independent appraisal was available for this property. The appraised value listed is the taxable assessed or Michigan SEV value of 2007 multiplied by two.
14 Low appraisal value utilized. High end of appraised range for this property was $335,000
15 Low appraisal value utilized. High end of appraised range for this property was $260,000
16 Low appraisal value utilized. High end of appraised range for this property was $300,000
17 Low appraisal value utilized. High end of appraised range for this property was $355,000
18 Low appraisal value utilized. High end of appraised range for this property was $645,000
19 Low appraisal value utilized. High end of appraised range for this property was $260,000
20 Low appraisal value utilized. High end of appraised range for this property was $550,000
21 Low appraisal value utilized. High end of appraised range for this property was $900,000
22 Low appraisal value utilized. High end of appraised range for this property was $320,000
23 This property is also inclusive of 1746 and 1752 West Alexis, Toledo, OH.
24 Appraisal per county website.
25 Appraisal per Zillow.com as of 9/25/2009. Http://www.co.wood.oh.us/auditor/real-estate.htm
26 Sheriff sale occurred on 9/23/09. Redemption price was $235,259.60.

# Debt Analysis and Contact Information

## Equities

| # | Legal Entity | Property Address | FN | Debt Balance* Balance | Date | Original Mort. Balance | Bank | Account | Lender Contact Information Address | Phone | Name | Legal Contact Information Firm | O'Keefe and Associates Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | BBC Holdings 7, LLC f/k/a Bravata Holdings 1, LLC | 5521 Lovers Lane, Portage, MI | 12 | 71,020 | 10/12/2009 | Unknown | Flagstar Bank | 998875088.2 | 5151 Corporate Drive, Troy, MI 48098 | 800-968-7700 x9942 | Jonas Parker / Lisa Hietanen | Schenderman & Sherman, P.C. | 248-539-7400 |
| 5 | BBC Holdings 9, LLC f/k/a Bravata Holdings V, LLC | 22840 Woodward Ave, Ferndale, MI | 1 | 2,392,708 | 1/5/2009 | | Citizens Bank (OGG Investors) | | 3285 S Saginaw St, Flint, MI 48502 | | Gerald Gleeson | Miller Canfield | 248-267-3296 |
| | Ferndale Lofts, LLC f/k/a Bravata Holdings V, LLC | | | | | | | | | | | | |
| 6 | BBC Holdings 6, LLC f/k/a Bravata Holdings VI, LLC | 8680 W. Grand River, Brighton, MI | 13 | 235,259 | 9/23/2009 | 497,600 | TCF National Bank | 83-000092483 | 801 Marquette Ave, Minneapolis, MN 55402 | 866-835-5044 | Michael Kramer | Dickinson Wright | 248-433-7200 |
| 8 | BBC Holdings 7, LLC f/k/a Bravata Holdings VII, LLC | 5322 Pleasant Home Ct., Kalamazoo, MI | 8 | 69,303 | 10/12/2009 | Unknown | B of A (Countrywide Home Loans) | 37329837 | PO Box 5170, Simi Valley, CA 93062 | 866-653-6185 | Attn: Team X | Trott & Trott | 248-642-2515 |
| 14 | BBC Holdings 9, LLC f/k/a Bravata Holdings IX LLC | 26668 Hickory Blvd, Bonita Springs, FL | 14 | 3,991,433 | 6/25/2009 | 4,125,000 | West Wind of Barefoot Beach | | | | | | |
| 7 | BBC Holdings 11, LLC | 2001 Lakeview Dr., Portage, MI | 7 | 312,000 | 1/14/2009 | 312,000 | Homecomings Financial (GMAC) | 7392278081; 7441301082 | PO Box 205, Waterloo, IA 50704 | 866-858-5307 | Patricia B Fugee | Roetzel & Andress | 419-242-7985 |
| | BBC Holdings 12, LLC | 3107 Morgan St., Kalamazoo, MI | | 90,000 | | Unknown | Homecomings Financial (GMAC) | 7442193884 | 3285 S. Saginaw St., Flint, MI 48502 | 866-858-5307 | Gerald Gleeson | Miller Canfield | |
| 1 | BBC Holdings 9, LLC f/k/a Bravata Holdings IX, LLC | 125 Vester St., Ferndale, MI | 1 | Forfeited | | | Citizens Bank | | 3285 S. Saginaw St., Flint, MI 48502 | | Gerald Gleeson | Miller Canfield | 248-267-3296 |
| 4 | Rockland Maple City, LLC | 825 W. Beecher, Adrian, MI | 4 | 542,397 | 8/10/2009 | 555,000 | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| 4 | Rockland Maple City, LLC | 727 Bradish St., Adrian, MI | 4 | 542,397 | 8/10/2009 | 555,000 | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| 5 | Rockland Custer Dundee, LLC | 14293 South Custer, Dundee, MI | 5 | 456,429 | 8/10/2009 | 532,800 | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| 5 | Rockland North Toledo, LLC | 620 North Reynolds, Toledo, OH | 5 | 460,301 | 8/10/2009 | 488,250 | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| 5 | Rockland Summit Toledo, LLC | 6016 North Summit, Toledo, OH | 5 | 585,000 | 9/29/2009 | 651,456 | First Federal Bank | | 601 Clinton St, PO Box 248 Defiance, OH 43512 | 877-367-8178 | J. Mark Trimble | Ronbachers, Cron, Manahan, Trimble & Zimmerman Co, LPA | 419-248-2609 |
| 5 | 1465 Towers Oregon, LLC | 1465 Towers Road, Oregon, OH | 5 | 495,937 | 8/10/2009 | 540,000 | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| 5 | 1760 Alexis Toledo, LLC | 1760 West Alexis Road, Toledo, OH | 5 | 488,153 | 8/10/2009 | 517,500 | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| 5 | 2254 Enterprise Fremont, LLC | 2254 Enterprise, Fremont, OH | 5 | 840,000 | 9/29/2009 | 935,000 | First Federal Bank | 43725320 | 601 Clinton St, PO Box 248 Defiance, OH 43512 | 877-367-8178 | J. Mark Trimble | Ronbachers, Cron, Manahan, Trimble & Zimmerman Co, LPA | 419-248-2609 |
| 5 | 4117 Alexis Toledo, LLC | 4117 West Alexis Road, Toledo, OH | 5 | 333,592 | 8/10/2009 | 356,250 | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| 18 | 28310 Oregon Perrysburg, LLC | 28310 Oregon Rd, Perrysburg Twp., OH | | 938,385 | 1/13/2009 | 1,147,500 | Huntington National Bank | 180304308 | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| 19 | 4824 Lewis Toledo, LLC | 4824 Lewis Avenue, Toledo, OH | 5 | 300,024 | 8/10/2009 | 318,750 | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| 20 | 345 Anthony Wayne Waterville, LLC | 345 Anthony Wayne, Waterville, OH | 5 | 706,924 | 8/10/2009 | 725,000 | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| | 6616 Providence Whitehouse, LLC | 6616 Providence, Whitehouse, OH | | 367,170 | 8/10/2009 | 432,000 | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| 26 | Rockland Lemoyne, LLC | 27800 Lemoyne, Millbury, OH | | 1,737,305 | 8/10/2009 | 1,400,000 | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| | 3630 Rockland Circle, LLC | 3630 Rockland, Millbury, OH | | 1,137,190 | 8/10/2009 | 1,204,800 | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| | Rockland Moline, LLC | 27962 East Broadway, Walbridge, OH | | 154,000 | 10/12/2009 | 156,000 | Metamora State Bank | 117117 | 8282 Erie St., Sylvania, OH 43560 | 419-254-7085 | Tom McWatters, III | Barber, Kaper, Stamm & Robinson | 419-337-5065 |
| 5 | 3618 Rockland Circle, LLC | 3618 Rockland, Millbury, OH | 5 | 531,681 | 8/10/2009 | Unknown | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | John N. McKay | Shumaker, Loop & Kendrick LLP | 419-241-9000 |
| 11 | Rocket Square Dorr Street Investors, LLC | 3403-3417 Dorr, Toledo, OH | 11 | 1,000,276 | 2/10/2009 | 1,392,000 | Croghan Colonial Bank | 256702 | 323 Croghan St., Fremont, OH 43420 | 419-355-2283 | Mark Tantari | Cline, Cook & Weisenburger | 419-321-6444 |
| | Renaissance Adrian, LLC | 101-111 East Maumee, Adrian, MI | | 232,000 | 9/29/2009 | Unknown | Old Fort Bank | | P.O. Box 88, Old Fort, OH 44861 | 419-992-4227 | Bradley J. Knickerbocker | Howard & Howard | 734-222-6113 |
| | Hastings Property I, LLC | 2511 West M-43, Hastings, MI | | | | Unknown | None | | | | | Goranson Parker Bella | 419-244-9500 |
| 3 | Villa at Palisades, LLC f/k/a BBC Holdings 50 | Villas at Palisades, Sylvania, OH | 3 | 1,560,498 | 3/9/2009 | 4,920,000 | Citizens Bank | 720101911 | 328 S. Saginaw St., Flint, MI 48502 | | James E. Goranson | Goranson Parker Bella | 419-244-9500 |
| | Amberwood, Ashland, OH | Amberwood, Ashland, OH | | 4,187,000 | 9/29/2009 | 6,130,000 | Huntington National Bank | | PO Box 1558 NC1W32, Columbus, OH 43216 | 419-254-7085 | Steven Alexsy | Alexsy Law Group PC | 313-285-9696 |
| 7 | 8125 Sandpiper, Canton, MI | 8125 Sandpiper, Canton, MI | 7 | 207,719 | 1/15/2009 | 260,000 | B of A (Countrywide Home Loans) | 117540186 | PO Box 5170, Simi Valley, CA 93062 | 866-653-6185 | Attn: Team X | Trott & Trott | 248-642-2515 |
| 9 | 253 Woodlake Drive, Brighton, MI | 253 Woodlake Drive, Brighton, MI | 9 | 162,442 | 10/12/2009 | 166,500 | Chase Bank | 1860352866 | PO Box 9001871, Louisville, KY 40290 | 800-848-9136 | | | |
| 2 | BBC Holdings 15, LLC | 810 4th Street, Three Rivers, MI | 2 | | | Unknown | None | | | | | | |
| 10 | BBC Holdings 8, LLC | 161 Majestic Bay #303, Cape Canaveral, FL | 10 | 403,339 | 12/29/2008 | 405,000 | Ocwen Financial Corporation | 41009022 | 12650 Ingenuity Dr, Orlando, FL 32826 | 800-746-2936 | | | |
| 35 | John & Shari Bravata Residence | 8485 Hilton Rd., Brighton, MI | | 740,000 | 9/29/2009 | | Old Fort Bank | | P.O. Box 88, Old Fort, OH 44861 | 419-992-4227 | | | |
| 36 | Richard Trabulsy Residence | 18817 Grande Vista, Brighton, MI | 6, 7 | 1,168,228 | 10/12/2009 | Unknown | B of A (Countrywide Home Loans) | 148189041 | PO Box 5170, Simi Valley, CA 93062 | 866-653-6185 | | | |
| 37 | GBC-BBC 55, LLC (30% Minority Owner) | Hilton Head Condo - Hilton Head, SC | 15 | | | | | | | | | | |
| | Florida Property | 26876 Hickory Blvd, Bonita Springs, FL | | | | | | | | | | | |
| | Florida Property | 26820 Hickory Blvd, Bonita Springs, FL | 16 | - | | | | | | | | | |

## Data Sources

Debt Information - Original debt information obtained from loan documentation. Recent principle balance data was obtained from payoff, mortgage statements or discussions with lenders.

## Footnotes (FN)

1. The current balance of the Citizens Bank loan on the 22840 Woodward and 125 Vester Ferndale, MI properties is currently unknown until further information is available. Because this mortgage is in default, the 125 Vester property has already been forfeited to the bank. Also, there is a land contract on this property with OGG Partners, LLC in the amount of $2.39M.
2. OAC is currently waiting on a title search for additional information.
3. This development is comprised of 32 total lots. Of these, 22 are developed and unsold, 5 are completed, 4 are built to the drywall stage of construction, and 1 is just a foundation.
4. 825 West Beecher and 727 Bradish in Adrian, MI appear to be under the same loan. As of 9/23/09, the payoff for this mortgage was $1,084,794. For purposes of this schedule, the payoff amount by two and included half as the debt for each address.
5. The debt balance is the payoff amount as of the named date.
6. Company was paying mortgage payment until approximately August 2008. Property has two mortgages. The first mortgage is in foreclosure and there is no sale date assigned as of yet. The current amount past due is $30,688 and the principle amount due is $935,276.41. The second mortgage is NOT yet in foreclosure. The current amount past due is $15,254 and the principle amount due is $232,952.05. Title is presently believed to be in the name of Grande Vista Estates, LLC based upon a Quit Claim Deed dated 7/15/08 reflecting $336,000 as the sale price.
7. Property believed to be titled in the name of Joseph Bravata per Bank of America representative.
8. Property believed to be titled in the name of BBC.
9. Property believed to be titled in the name of James and Debra Deakin.
10. Property believed to be titled in the name of Joe Cirele.
11. The property is in foreclosure and Croghan Bank has been awarded a judgement in the amount of $1,011,308 against Rocket Square Dorr Street Investors, Phil Cargnino, Rod Noble, Jeff Leitner, John Bravata and Richard Trabulsy.
12. Property is in foreclosure with a scheduled sheriff's sale date of mid-November 2009. Debt is in the name of JoAnn Bravata.
13. Property went to sheriff's sale on September 23, 2009 and was re-purchased by TCF Bank for $235,259 (loan balance was approximately $473,600). The property is currently in its six month redemption period.
14. Property transferred to lender in Lieu of Foreclosure, debt amount based upon an option to purchase under lease agreement between John Bravata and fee owner entered into at time of Deed in Lieu of Foreclosure.
15. Property believed to be titled in the name of Marian Myers.
16. Property believed to be titled in the name of K3&LN 2, LLC.

Privileged and Confidential