UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

v.

JOHN J. BRAVATA, RICHARD J.
TRABULSY, ANTONIO M. BRAVATA,
BBC EQUITIES, LLC, BRAVATA
FINANCIAL GROUP, LLC, and SHARI A.
BRAVATA,

                Defendants.
_____/

Case No. 09-12950
Honorable David M. Lawson

## STIPULATED ORDER SETTING THE DEADLINE FOR RECEIVER TO RESPOND TO HUNTINGTON NATIONAL BANK'S MOTION TO INTERVENE

Pursuant to the parties' stipulation [dkt. # 114],

It is **ORDERED** that Earle I. Erman, the Receiver of BBC Equities, LLC and Bravata Financial Group, LLC, shall file his response to Huntington National Bank's motion to intervene **on or before Monday, November 16, 2009**.

                s/David M. Lawson
                DAVID M. LAWSON
                United States District Judge

Dated: October 29, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 29, 2009.

                s/Teresa Scott-Feijoo
                TERESA SCOTT-FEIJOO