## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 2:09-CV-12950-DML-VMM |
| ) | |
| UNITED STATES SECURITIES AND ) | Honorable David M. Lawson |
| EXCHANGE COMMISSION, ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | |
| JOHN J. BRAVATA, RICHARD J. ) | |
| TRABULSY, ANTONIO M. BRAVATA, ) | |
| BBC EQUITIES, LLC, BRAVATA ) | |
| FINANCIAL GROUP, LLC and SHARI A. ) | |
| BRAVATA, ) | |
| ) | |
|     Defendants. ) | |
| _____/ | |

**RECEIVER'S RESPONSE AND CONSENT TO MOTION TO ENTER ORDER AMENDING TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND ORDER APPOINTING RECEIVER TO EXCLUDE THE P & R AND ROCKLAND PROPERTIES MORTGAGED TO THE HUNTINGTON NATIONAL BANK**

Earle I. Erman, Receiver of BBC Equities, Inc. and Bravata Financial Group, files this Receiver's Response and Consent To Motion To Enter Order Amending Temporary Restraining Order, Preliminary Injunction And Order Appointing Receiver To Exclude The P & R And Rockland Properties Mortgaged To Huntington National Bank (the "Motion"), and in support states that he consents to the relief requested in the Motion.

                                ERMAN, TEICHER, MILLER,
                                ZUCKER & FREEDMAN, P.C.

                          By:   /s/ Earle I. Erman
                                Earle I. Erman (P24296)
                                Receiver of BBC Equities, LLC
                                and Bravata Financial Group, LLC
                                400 Galleria Officentre, Ste. 444
                                Southfield, MI 48034
                                Tel: (248) 827-4100
                                Fax: (248) 827-4106
DATED: November 10, 2009        eerman@ermanteicher.com

F:\OTHERINS\BBC\Receiver's Response to Huntington Motion to Abandon 13 Properties.DOC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 2:09-CV-12950-DML-VMM |
| | ) | |
| UNITED STATES SECURITIES AND | ) | Honorable David M. Lawson |
| EXCHANGE COMMISSION, | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| JOHN J. BRAVATA, RICHARD J. | ) | |
| TRABULSY, ANTONIO M. BRAVATA, | ) | |
| BBC EQUITIES, LLC, BRAVATA | ) | |
| FINANCIAL GROUP, LLC and SHARI A. | ) | |
| BRAVATA, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____/ | | |

## BRIEF IN SUPPORT OF RECEIVER'S RESPONSE AND CONSENT TO MOTION

Pursuant to L.R. 7.1, Receiver files this Brief In Support Of Receiver's Response And Consent To Motion, and states that pursuant to the Order Appointing Receiver entered on September 2, 2009 (Docket No. 54), Receiver has the authority to manage the Receivership Property consistent with the best interest of the Receivership Estates, and that an order approving the Motion To Enter Order Amending Temporary Restraining Order, Preliminary Injunction And Order Appointing Receiver To Exclude The P & R And Rockland Properties Mortgaged To Huntington National Bank is in the best interest of the Receivership Estates. Therefore, Receiver consents to entry of the Proposed Order.

                                          ERMAN, TEICHER, MILLER,
                                          ZUCKER & FREEDMAN, P.C.

                                      By:   /s/ Earle I. Erman
                                                Earle I. Erman (P24296)
                                                Receiver of BBC Equities, LLC
                                                and Bravata Financial Group, LLC
                                                400 Galleria Officentre, Ste. 444
                                                Southfield, MI 48034
                                                Tel: (248) 827-4100
                                                Fax: (248) 827-4106
DATED: November 10, 2009                eerman@ermanteicher.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 2:09-CV-12950-DML-VMM |
| ) | |
| UNITED STATES SECURITIES AND ) | Honorable David M. Lawson |
| EXCHANGE COMMISSION, ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | |
| JOHN J. BRAVATA, RICHARD J. ) | |
| TRABULSY, ANTONIO M. BRAVATA, ) | |
| BBC EQUITIES, LLC, BRAVATA ) | |
| FINANCIAL GROUP, LLC and SHARI A. ) | |
| BRAVATA, ) | |
| ) | |
|     Defendants. ) | |
| _____/ | |

## CERTIFICATE OF SERVICE

On November 10, 2009, I served a copy of the Receiver's Response and Consent to Motion to Enter Order Amending Temporary Restraining Order, Preliminary Injunction and Order Appointing Receiver to Exclude the P & R and Rockland Properties Mortgaged to the Huntington National Bank and Brief in Support upon all parties via ECF.

                                                                       /s/ Grace Safko
                                                                       Grace Safko
                                                                       Erman, Teicher, Miller,
                                                                       Zucker & Freedman, P.C.

Dated:   November 10, 2009

F:\OTHERINS\BBC\Receiver's Response to Huntington Motion to Abandon 13 Properties.DOC