UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

v.

JOHN J. BRAVATA, RICHARD J.
TRABULSY, ANTONIO M. BRAVATA,
BBC EQUITIES, LLC, BRAVATA
FINANCIAL GROUP, LLC, and SHARI A.
BRAVATA,

                Defendants.
_____/

Case No. 09-12950
Honorable David M. Lawson

## ORDER STRIKING MOTIONS FILED BY HUNTINGTON NATIONAL BANK

The matter is before the Court on several motions filed by Huntington National Bank, an entity wishing to intervene in the present action. Huntington National Bank filed its motion to intervene on October 9, 2009, and the hearing on that motion is scheduled for February 10, 2010.

Since filing its motion to intervene, Huntington National Bank filed three other motions asking the Court for affirmative relief concerning assets subject to the preliminary injunction. However, Huntington National Bank cannot request relief from the Court until it is allowed to intervene by the Court. Consequently, the Court will strike Huntington National Bank's motions filed after its motion to intervene.

Accordingly, it is **ORDERED** that Huntington National Bank's motion for amendment of a temporary restraining order, preliminary injunction, and order appointing receiver to exclude the P&R and Rockland properties [dkt. # 134], motion for limited relief from the order for preliminary injunction freezing assets as to the Timberstone properties [dkt. # 141], and motion for limited relief

from orders for preliminary injunction freezing assets as to the Amberwood property [dkt. # 142] are **STRICKEN** from the record. The hearing on Huntington National Bank's motion for amendment of a temporary restraining order, preliminary injunction, and order appointing receiver to exclude the P&R and Rockland properties [dkt. # 134] currently scheduled for November 23, 2009 is **CANCELLED**.

          s/David M. Lawson
          DAVID M. LAWSON
          United States District Judge

Dated: November 13, 2009

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 13, 2009.

          s/Teresa Scott-Feijoo
          TERESA SCOTT-FEIJOO