UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. SECURITIES AND EXCHANGE COMMISSION, )
)
)
v. )
)
Plaintiff, )
)
)
JOHN J. BRAVATA, RICHARD J. TRABULSY, ANTONIO BRAVATA, BBC EQUITIES, LLC AND BRAVATA FINANCIAL GROUP, LLC )
)
)
)
)
Defendants, )
)
and )
)
SHARI A. BRAVATA, )
)
Relief Defendant. )

CIVIL ACTION NO.: 2:09-cv-12950-DML-VMM

**STATEMENT ON BEHALF OF BRAVATA DEFENDANTS
TO COMPLY WITH COURT'S ORDER DENYING MOTION FOR LEAVE
<u>TO APPEAR AT HEARING TELEPHONICALLY</u>**

NOW COMES Gregory Bartko, Esq., of the Law Office of Gregory Bartko, LLC, and on behalf of the "Bravata Defendants," hereby files the following Statement on Behalf of Bravata Defendants to Comply with Court's Order Denying Motion for Leave to Appear at Hearing Telephonically [Doc. No. 151].

Accordingly, the following is represent to the Court with respect to the Emergency Motion.

1. The Bravata Defendants oppose the Receiver's request for a full, unlimited release of medical records for the Insured for the privacy reasons set forth in the Emergency Motion [Doc. No. 144]. The Bravata Defendants are of the opinion that all medical records of the Insured up to the date of issue of the Policy is appropriate and should be readily available to the Receiver.

2. The Bravata Defendants oppose relinquishing medical records of the Insured to the Receiver since the issuance of the Policy as the Insured's records are subject to privacy rights and are likely to be so voluminous that the raw medical records of the Insured would not be useful for the Receiver to evaluate the current medical condition of the Insured.

3. In lieu of producing the Insured's medical records, the Bravata Defendants believe it will be far more useful if the Receiver requests and receives a "medical report" or letter from the Insured's current primary physician. This will enable the Receiver to quickly and accurately evaluate the issues surrounding the Receiver's pending decision to retain the Policy as an asset of the BBC estate or to permit the transfer of the Policy to the Bravata Defendants.

Dated this 23nd day of November, 2009.

        Respectfully Submitted,

By: /s/ Gregory Bartko
**Law Office of Gregory Bartko, LLC**
Gregory Bartko, Esq.
Michigan Bar No. P30052
*Counsel for Bravata Defendants*
3475 Lenox Road, Suite 400
Atlanta, GA 30326
Telephone: (404) 238-0550
Facsimile: (866) 342-4092
gbartko@securitieslawcounsel.com

\

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN J. BRAVATA, RICHARD J. TRABULSY, ANTONIO BRAVATA, BBC EQUITIES, LLC AND BRAVATA FINANCIAL GROUP, LLC<br><br>        Defendants,<br><br>and<br><br>SHARI A. BRAVATA,<br><br>        Relief Defendant. | CIVIL ACTION NO.: 2:09-cv-12950-DML-VMM |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing STATEMENT ON BEHALF OF BRAVATA DEFENDANTS TO COMPLY WITH COURT'S ORDER DENYING MOTION FOR LEAVE TO APPEAR AT HEARING TELEPHONICALLY was filed electronically this 23rd day of

November, 2009 with the Clerk of the Court using *CM/ECF*. I also certify that the foregoing document is being served this day on all counsel of record and any *pro se* parties identified on the attached Service List via e-mail and U.S. mail, either via transmission of Notices of Electronic Filing generated by *CM/ECF* or via U.S. mail to those parties that have formally appeared of record but are who are not authorized to receive electronic Notices of Electronic Filing.

Respectfully Submitted,

By: /s/ Gregory Bartko
**Law Office of Gregory Bartko, LLC**
Gregory Bartko, Esq.
*Counsel for Bravata Defendants*
3475 Lenox Road, Suite 400
Atlanta, GA 30326
Telephone: (404) 238-0550