**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| v. ) | |
| Plaintiff, ) | |
| ) | |
| JOHN J. BRAVATA, RICHARD J. TRABULSY, ANTONIO BRAVATA, BBC EQUITIES, LLC AND BRAVATA FINANCIAL GROUP, LLC ) | CIVIL ACTION NO.: 2:09-cv-12950-DML-VMM |
| ) | |
| Defendants, ) | |
| and ) | |
| SHARI A. BRAVATA, ) | |
| Relief Defendant. ) | |

**NOTICE TO THE COURT OF RETURN OF INDICTMENT AGAINST COUNSEL ON BEHALF OF THE BRAVATA DEFENDANTS**

NOW COMES Gregory Bartko, Esq., of the Law Office of Gregory Bartko, LLC, and on his own behalf, hereby provides this Notice to the Court of a Return of Indictment Against Counsel on Behalf of the Bravata Defendants. In brief, and

*The Securities Regulation Law Firm"*
3475 Lenox Road, Suite 400 ● Atlanta, GA 30326 ● Phone (404) 238-0550 ● Fax (866) 342-4092
Email: gbartko@securitieslawcounsel.com ● www.securitieslawcounsel.com

1

without waiving any and all rights held by the undersigned counsel, the following Notice is hereby given:

1.  On November 20, 2009, counsel for the Bravata Defendants received an email from Senior Trial Counsel, James G. Lundy, a complete copy of which is attached to this Notice as Exhibit "A." Mr. Lundy is one of three SEC enforcement lawyers that have made an appearance in this case.

2.  Exhibit "A" includes a "link" which directs the recipient of the email to a press release issued by the United States Attorney's Office for the Eastern District of North Carolina with respect to the return of a joint Indictment unsealed on November 18, 2009 naming the undersigned counsel as a defendant as well as a former business partner of the undersigned counsel. Exhibit "B" to this Notice is a copy of the referenced press release.

3.  Mr. Lundy's email of November 20, 2009 was apparently disseminated to all counsel that have appeared in this case.

4.  Mr. Lundy, on behalf of the Plaintiff, U.S. Securities and Exchange Commission, indicates in Exhibit "A" that the undersigned had a duty to notify the Court of the return of the Indictment relative to criminal charges that have no bearing, relationship or connection with the case at bar. SEC counsel implied in

Exhibit "A" that if notice of the return of the Indictment against the undersigned counsel was not timely made to this Court—the SEC would then take it upon itself to notify the Court as well as possibly the Bravata Defendants.

5. Upon review of this Court's Local Rules and the Michigan Code of Professional Responsibility, an affirmative duty to advise this Court as well as any bar association or disciplinary body thereof of the initiation of criminal charges against an attorney, ripens upon a conviction of any crime—not upon the charges themselves.

6. However, in the spirit of full candor to the Court, Notice is hereby given of the facts contained in the attached Exhibit "B," the Government's November 18, 2009 press release.

7. After discussing the matters asserted in the Indictment with Defendant, John J. Bravata, no objection was raised by the Bravata Defendants to the undersigned continuing as counsel in this action.

8. A considerable aspect of the law practice the undersigned is engaged in relates to the defense of SEC civil enforcement actions in a number of Federal District Courts in several states, including Georgia, Florida, Connecticut, and Michigan as well as before the 11th Circuit Court of Appeals.

7. Although Mr. Lundy's motives in sending his email of November 20, 2009 to the undersigned are unclear, the Court should be notified of the information set forth herein.

8. Accordingly, the undersigned counsel hereby provides this Notice and stands ready and willing to provide any other non-privileged information the Court may request in connection with Exhibit "A" or Exhibit "B" attached to this Notice.

Dated this 24th day of November, 2009.

Respectfully Submitted,

By: /s/ Gregory Bartko
**Law Office of Gregory Bartko, LLC**
Gregory Bartko, Esq.
Michigan Bar No. P30052
*Counsel for Bravata Defendants*
3475 Lenox Road, Suite 400
Atlanta, GA 30326
Telephone: (404) 238-0550
Facsimile: (866) 342-4092
gbartko@securitieslawcounsel.com

**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| v. | ) ) |
| Plaintiff, | ) ) ) |
| JOHN J. BRAVATA, RICHARD J. TRABULSY, ANTONIO BRAVATA, BBC EQUITIES, LLC AND BRAVATA FINANCIAL GROUP, LLC | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| SHARI A. BRAVATA, | ) ) |
| Relief Defendant. | ) ) |

CIVIL ACTION NO.: 2:09-cv-12950-DML-VMM

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE TO THE COURT OF RETURN OF INDICTMENT AGAINST COUNSEL ON BEHALF OF THE BRAVATA DEFENDANTS was filed electronically this 24th day of November, 2009 with the Clerk of the Court using *CM/ECF*. I also certify

that the foregoing document is being served this day on all counsel of record and any *pro se* parties identified on the attached Service List via e-mail and U.S. mail, either via transmission of Notices of Electronic Filing generated by *CM/ECF* or via U.S. mail to those parties that have formally appeared of record but are who are not authorized to receive electronic Notices of Electronic Filing.

                                      Respectfully Submitted,

By: /s/ Gregory Bartko
**Law Office of Gregory Bartko, LLC**
Gregory Bartko, Esq.
*Counsel for Bravata Defendants*
3475 Lenox Road, Suite 400
Atlanta, GA 30326
Telephone: (404) 238-0550