**EXHIBIT "A"**

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | FW: U.S. v. Bartko |
| **Date:** | Friday, November 20, 2009 11:46:12 PM |
| **Attachments:** | |
| **Importance:** | High |

---

**From:** Lundy, James [mailto:LUNDYJ@SEC.GOV]
**Sent:** Thursday, November 19, 2009 2:56 PM
**To:** gbartko@securitieslawcounsel.com
**Cc:** Polish, Jonathan S.; Hanauer, Benjamin J.; Earle Erman; jquasarano@bodmanllp.com; donnini@butzel.com; richotte@butzel.com; gsaretsky@saretsky.com; aharris@bodmanllp.com; sa@alawdetroit.com; lbaughman@kaalaw.com; tdillon@slk-law.com; pfugee@ralaw.com; cdk@millerlawpc.com; rkilpatrick@kaalaw.com; MacKay, John N.; Michael.Riordan@usdoj.gov
**Subject:** U.S. v. Bartko
**Importance:** High

Greg,

Please see the attached link and copy of your indictment for your reference. We trust that you plan to advise Judge Lawson and your client of this development and of any conditions of your bond that may impact your ability to represent your client or to appear before Judge Lawson. If you do not plan to do so, please let us know so that we can proceed accordingly. If you have already advised Judge Lawson some time in the two weeks that have passed since the indictment was returned, just let us know and provide us with the information regarding you providing such a notice.

One way or the other we expect that this will be addressed before the next time that you appear before Judge Lawson on Monday.

Jim

**James G. Lundy**
**Senior Trial Counsel**
**U.S. Securities and Exchange Commission**