UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                    Plaintiff,

Case No. 09-12950
Honorable David M. Lawson

v.

JOHN J. BRAVATA, RICHARD J.
TRABULSY, ANTONIO M. BRAVATA,
BBC EQUITIES, LLC, BRAVATA
FINANCIAL GROUP, LLC, and SHARI A.
BRAVATA,

                    Defendants.
_____/

**ORDER ESTABLISHING THE DEADLINE FOR FILING OBJECTIONS TO THE
RECEIVER'S MOTION TO ABANDON HUNTINGTON REAL PROPERTY**

    This matter is before the Court on the Receiver's motion to abandon Huntington real property and request to expedite the date by which any party must object to the requested relief. The Receiver is moving to abandon certain real properties in favor of Huntingon National Bank, a secured creditor, and is seeking a prompt response from the parties. The Court will accommodate the latter request.

    Accordingly, it is **ORDERED** that any party wishing to object to the Receiver's motion to abandon Huntington real property must do so **on or before Friday, December 11, 2009 at noon, Eastern Standard Time.**

                                            s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

Dated: December 7, 2009

-2-

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 7, 2009.

                                      s/Teresa Scott-Feijoo
                                      TERESA SCOTT-FEIJOO