UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States Securities &
Exchange Commission,

                Plaintiff,

v.

D-4  BBC Equities, LLC, and
D-5  Bravata Financial Group, LLC

                Defendants.
_____/

Civil No. 2:09-CV-12950-DML-VMM

Honorable David M. Lawson
Magistrate Judge Virginia Morgan

## Corporate Defendants' Position on Docket Nos. 91, 123, 130, and 141

The Court has asked the Corporate Defendants for their positions on the motions filed under Docket Nos. 91, 123, 130, and 141, which will be heard this afternoon. The Corporate Defendants defer to the Receiver on each motion, given his role in this litigation under this Court's Receivership Order (Docket No. 54, Sept. 2, 2009). The Receiver has indicated that he will be present at today's hearing with his attorneys and can address the issues raised in each motion.

Respectfully submitted,

BUTZEL LONG

Dated: November 23, 2009         By: /s/ Joseph E. Richotte
        **George B. Donnini (P66793)**
        **Joseph E. Richotte (P70902)**
150 W. Jefferson Ave., Ste. 100
Detroit, Michigan 48226
313.225.7000
313.225.7080 (fax)
donnini@butzel.com
richotte@butzel.com
*Attorneys for the Corporate Defendants*