## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**United States Securities &
Exchange Commission,**

      **Plaintiff,**

**v.**

**D-4  BBC Equities, LLC, and
D-5  Bravata Financial Group, LLC**

      **Defendants.**

_____/

**Civil No. 2:09-CV-12950-DML-VMM**

**Honorable David M. Lawson
Magistrate Judge Virginia Morgan**

### Motion to Withdraw by
### Corporate Defendants' Attorneys

Under MRPC 1.16(b)(5) and (6), Butzel Long, a professional corporation, respectfully requests that the Court order the firm and its attorneys who have appeared in this case, George B. Donnini, Esq. and Joseph E. Richotte, Esq., withdrawn as counsel for Defendants BBC Equities, LLC and Bravata Financial Group, LLC.

Under Local Rule 7.1(a), counsel has sought concurrence in this motion, but did not receive a response from all attorneys of record before filing this motion.  None of the responding parties have voiced an objection to this motion.

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

Respectfully submitted,

BUTZEL LONG

Dated: December 10, 2009            By: /s/George B. Donnini
                                        George B. Donnini (P66793)
                                        Joseph E. Richotte (P70902)
                                    150 W. Jefferson Ave., Ste. 100
                                    Detroit, Michigan 48226
                                    313.225.7000
                                    313.225.7080 (fax)
                                    donnini@butzel.com
                                    richotte@butzel.com
                                    *Attorneys for the Corporate Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States Securities &
Exchange Commission,

                Plaintiff,

v.

D-4  BBC Equities, LLC, and
D-5  Bravata Financial Group, LLC

                Defendants.
_____/

Civil No. 2:09-CV-12950-DML-VMM

Honorable David M. Lawson
Magistrate Judge Virginia Morgan

### Brief Supporting Withdrawal of
### Corporate Defendants' Attorneys

Defendants BBC Equities, LLC and Bravata Financial Group, LLC engaged Butzel Long, a professional corporation, to represent them during a Commission investigation and to defend them in this case. On September 2, 2009, this Court appointed a Receiver for these two corporate defendants. To date, neither corporate defendant has paid Butzel Long for its legal services. Nor has the Receiver. Therefore, under MRPC 1.16(b)(5) and (6), Butzel Long respectfully requests that the Court enter an order withdrawing the firm and its attorneys who have appeared in this case, George B. Donnini, Esq. and Joseph E. Richotte, Esq., as counsel for Defendants BBC Equities, LLC and Bravata Financial Group, LLC.

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

Respectfully submitted,

**BUTZEL LONG**

Dated: December 10, 2009

By: <u>/s/George B. Donnini</u>
    **George B. Donnini (P66793)**
    **Joseph E. Richotte (P70902)**
150 W. Jefferson Ave., Ste. 100
Detroit, Michigan 48226
313.225.7000
313.225.7080 (fax)
<u>donnini@butzel.com</u>
<u>richotte@butzel.com</u>
*Attorneys for the Corporate Defendants*

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

## <u>Certificate of Service</u>

I certify that, on December 10, 2009, I electronically filed the Motion to Withdraw by Corporate Defendants' Attorneys and a brief supporting the motion with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| **Jonathan S. Polish** | <u>polishj@sec.gov</u> |
| **James G. Lundy** | <u>lundyj@sec.gov</u> |
| **Benjamin J. Hanauer** | <u>hanauerb@sec.gov</u> |
| **Michael J. Riordan** | <u>michael.riordan@usdoj.gov</u> |
| **Gregory Barkto** | <u>gbartko@securitieslawcounsel.com</u> |
| **Gary M. Saretsky** | <u>gsaretsky@saretsky.com</u> |
| **Miles D. Hart** | <u>mhart@saretsky.com</u> |
| **Jonathan M. Sterling** | <u>jsterling@saretsky.com</u> |

BUTZEL LONG

By: <u>/s/George B. Donnini</u>
    George B. Donnini (P66793)
    Joseph E. Richotte (P70902)
150 W. Jefferson Ave., Ste. 100
Detroit, Michigan 48226
313.225.7000
<u>donnini@butzel.com</u>
<u>richotte@butzel.com</u>
*Attorneys for the Corporate Defendants*