UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

          Plaintiff,

v.

JOHN J. BRAVATA, RICHARD J.
TRABULSY, ANTONIO M. BRAVATA,
BBC EQUITIES, LLC, BRAVATA
FINANCIAL GROUP, LLC, and SHARI A.
BRAVATA,

          Defendants.
_____/

Case No. 09-12950
Honorable David M. Lawson

## ORDER GRANTING CORPORATE DEFENDANTS' ATTORNEYS' MOTION TO WITHDRAW AS COUNSEL FOR BBC EQUITIES, LLC AND BRAVATA FINANCIAL GROUP, LLC

On December 10, 2009, attorneys George B. Donnini and Joseph E. Richotte of the law firm Butzel Long moved to withdraw as counsel for defendants BBC Equities, LLC and Bravata Financial Group, LLC due to non-payment. None of the parties to this case voiced an objection to the counsel's motion. Therefore, the Court will grant the counsel's motion.

Accordingly, it is **ORDERED** that the corporate defendants' attorneys' motion to withdraw as counsel [dkt. # 179] is **GRANTED**. Attorneys George B. Donnini and Joseph E. Richotte and the law firm Butzel Long are discharged from further responsibilities as counsel for BBC Equities, LLC and Bravata Financial Group, LLC.

                                      s/David M. Lawson
                                      DAVID M. LAWSON
                                      United States District Judge

Dated: January 6, 2010

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 6, 2010.

                                    s/Teresa Scott-Feijoo
                                    TERESA SCOTT-FEIJOO