UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

v.

JOHN J. BRAVATA, RICHARD J.
TRABULSY, ANTONIO M. BRAVATA,
BBC EQUITIES, LLC, BRAVATA
FINANCIAL GROUP, LLC, and SHARI A.
BRAVATA,

                Defendants.
_____/

Case No. 09-12950
Honorable David M. Lawson

**ORDER GRANTING THE RECEIVER'S MOTION TO ABANDON HUNTINGTON P&R AND ROCKLAND PROPERTY AND AMENDING THE TEMPORARY RESTRAINING ORDER, THE PRELIMINARY INJUNCTION ORDER AND THE ORDER APPOINTING RECEIVER TO EXCLUDE THE P&R AND ROCKLAND PROPERTIES MORTGAGED TO THE HUNTINGTON NATIONAL BANK**

On December 4, 2009, the Receiver filed a motion to abandon certain real properties mortgaged t Huntington National Bank (Huntington). Among these properties were thirteen of the properties collectively known as "P&R and Rockland Properties," which are identified on Exhibit D to the Receiver's First Interim Status Report and Accounting for BBC Equities, LLC and Bravata Financial Group, LLC ("Receiver's Report") as follows:

| Current Fee Owner of Record | Identifying Address |
|---|---|
| 6616 Providence-Whitehouse, LLC | 6616 Providence St., Whitehouse, OH |
| 345 Anthony Wayne-Waterville LLC | 345 Anthony Wayne Trail, Waterville, OH |
| 1465 Towers-Oregon, LLC | 1469 Towers Rd., Oregon, OH |
| 4117 Alexis-Toledo LLC | 4117 Alexis Rd., Toledo, OH |

| | |
|---|---|
| 1760 Alexis-Toledo LLC | 1758 W. Alexis Rd., Toledo, OH |
| 4842 Lewis-Toledo, LLC | 4824 Lewis Rd., Toledo, OH |
| 620 Reynolds-Toledo, LLC | 616 N. Reynolds Rd., Toledo, OH |
| 28310 Oregon-Perrysburg, LLC | 28310 Oregon Rd., Perrysburg, OH |
| 1493 Custer-Dundee, LLC | 14293 S. Custer Rd., Dundee, MI |
| 3618 Rockland Circle, LLC | 3618 Rockland Circle, Millbury, OH |
| Rockland-Lemoyne, LLC | 27800 Lemoyne Rd., Millbury, OH |
| 3630 Rockland Circle, LLC | 3630 Rockland Circle, Millbury, OH |
| Rockland Maple City, Ltd. | W. Beecher & Bradish Sts., Adrian, MI |

Pursuant to the parties' stipulation,

It is **ORDERED** that with regard to P&R and Rockland Properties, the Receiver's motion to abandon Huntington real property [dkt. # 168] is **GRANTED**.

It is further **ORDERED** as follows:

1. The Preliminary Injunction is hereby **MODIFIED** to provide that the P&R and Rockland Properties are **EXCLUDED** from the Preliminary Injunction, and the Receivership Order is modified to release the P&R and Rockland Properties to permit Huntington to exercise its rights as mortgagee, which includes judicial and non-judicial foreclosure proceedings;

2. The Preliminary Injunction is hereby **MODIFIED** to provide that the rents and other proceeds from the P&R and Rockland Properties are **EXCLUDED** from the Preliminary Injunction, and the Receivership Order is modified to direct the Receiver

      to turn over to Huntington any P&R and Rockland Properties, including rents and other proceeds, which come into his possession in the future.

3. Huntington shall provide an accounting to the Receiver for all amounts realized on the P&R and Rockland Properties, including rents and other proceeds, and all expenses related to the P&R and Rockland Properties, and shall hold the excess (if any) of all amounts realized on the P&R and Rockland Properties net of expenses above the debt secured by the P&R and Rockland Properties pending further order of this Court.

4. The Receiver shall provide to Huntington an accounting for all P&R and Rockland Properties, including rents and other proceeds and amounts received for the P&R and Rockland Properties, that is presently in his possession or control or that comes to his possession or control later.

5. Huntington shall pay the Receiver the amounts of $13,245.00 and $10,000.00 to reimburse them for administrative expenses incurred during the investigation, review, and analysis related to Huntington's mortgages and its motion. This Order shall not become effective unless and until such sums are paid.

6. Huntington shall not make claims against the Receiver or the Receivership estate for matters related to the P&R and Rockland Properties, except for (1) claims related to the accountings and other matters required by this Order and (2) claims and defenses asserted in response to claims (if any) now or hereafter asserted in proceedings by the Receiver or the Receivership Estate against Huntington relating to the P&R and

        Rockland Properties, in which event Huntington may assert all claims and defenses that it would have but for this Order.

7.    Nothing contained in this Order shall affect the rights of Huntington or the Receiver and the Receivership Estate as to any properties other than the P&R and Rockland Properties nor shall this Order affect the terms and conditions of the Temporary Restraining Order, Preliminary Injunction or Receivership Order in any other respect, including any provision precluding Huntington from proceeding against John J. Bravata, Richard J. Trabulsy, Shari A. Bravata, or Antonio M. Bravata individually.

8.    This Court retains jurisdiction over the parties to, and subject matter of, this Order for all purposes, including disputes and unforeseen issues, and that Huntington has consented to such jurisdiction by its approval of this Order.

        s/David M. Lawson  
        DAVID M. LAWSON  
        United States District Judge

Dated: January 13, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 13, 2010.

        s/Teresa Scott-Feijoo  
        TERESA SCOTT-FEIJOO

**Approved:**

/s/Earle I. Erman
**Earle I. Erman, Receiver**
Erman, Teicher
400 Galleria Officentre, Suite 444
Southfield, MI 48034
248-827-4100
eerman@ermanteicher.com


/s/ Benjamin J. Hanauer
Jonathan S. Polish
James G. Lundy
Benjamin J. Hanauer
175 W. Jackson Blvd., Ste. 900
Chicago, IL 60604
312.353.6884 (Polish)
312.353.0878 (Lundy)
313.353.8642 (Hanauer)
polish@sec.gov
lundyj@sec.gov
hanauerb@sec.gov
*Attorneys for the Commission*

/s/Thomas P. Dillon
Thomas P. Dillon (P55191)
John N. MacKay
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43604
419.241.9000
tdillon@slk-law.com
jmackay@slk-law.com
*Attorneys for The Huntington National Bank*


Michael J. Riordan
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
313.226.9602
michael.riordan@usdoj.gov
*Local Counsel for the Commission*

George B. Donnini
Joseph E. Richotte
Butzel Long, PC
150 W. Jefferson Ave., Ste. 100
Detroit, MI 48226
313.225.7000
klimkojg@butzel.com
donnini@butzel.com
richotte@butzel.com
*Attorneys for BBC Equities, LLC &*
  *Bravata Financial Group, LLC*

| | |
|---|---|
| Gregory Bartko<br>Law Office of Gregory Bartko, LLC<br>3475 Lenox Rd., Ste. 400<br>Atlanta, GA  30326<br>404.238.0550<br>gbartko@securitieslawcounsel.com<br>*Attorney for the Bravatas* | Gary M. Saretsky<br>Jonathan M. Sterling<br>Miles D. Hart<br>Saretsky, Hart<br>995 S. Eton<br>Birmingham, MI 48009<br>248-502-3300<br>gsaretsky@saretsky.com<br>jsterling@saretsky.com<br>mhart@saretsky.com<br>*Attorneys for Richard J. Trabulsy* |
| Patricia B. Fugee<br>Roetzel & Andress<br>One SeaGate, Suite 1700<br>Toledo, OH 43604<br>419.242.7985<br>pfugee@ralaw.com<br>*Attorney for West Wind of Barefoot Beach, LLC* | Christopher D. Kaye<br>Miller Law Firm<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>cdk@millerlawpc.com<br>*Attorney for J. Lincoln Crocker* |
| Richardo I. Kilpatrick<br>Kilpatrick Associates<br>903 N. Opdyke Road, Suite C<br>Auburn Hills, MI  48326<br>248-377-0700<br>rkilpatrick@kaalaw.com<br>*Attorney for Oakland County Treasurer* | |