# TAB 1

**P & R and Rockland Properties**

The following constitutes all proceeds received by the Receiver in connection with the P & R and Rockland Properties:

| Check Date | Payor | Memo | Property | Check Amount |
|---|---|---|---|---|
| 9/21/09 | Amplex | Rent | 27800 LeMoyne, Millbury, OH | $1,752.66 |
| 09/30/09 | Amplex | Oct. Rent | 27800 LeMoyne, Millbury, OH | $876.33 |
| 07/23/09 | Cornerstone Community Financial Federal Credit Union | Rent | 28310 Oregon Road, Perrysburg Twp., OH | $1,784.25 |
| 07/29/09 | Emmy and Andy's, LLC | July 2009 Rent | 28310 Oregon Road, Perrysburg Twp., OH | $3,240.00 |
| 07/27/09 | Buckeye Tank and Trailer, Inc. | May 2009 Rent and late charges | 3618 Rockland Circle, Millbury, OH | $6,300.00 |
| 08/03/09 | Buckeye Tank And Trailer, Inc. | June 2009 Rent and late charges | 3618 Rockland Circle, Millbury, OH | $6,300.00 |
| 08/04/09 | Miller Brothers Construction, Inc. | August 2009 Rent | 27800 LeMoyne, Millbury, OH | $687.50 |
| 07/27/09 | Spectra Group Limited, Inc. | Rent | 27800 LeMoyne, Millbury, OH | $2,986.06 |
| 12/01/09 | Amplex | Rent | 27800 Lemoyne, Millbury, OH | $876.33 |
| 12/28/09 | Amplex | Rent | 27800 Lemoyne, Millbury, OH | $876.33 |

The Receiver has received the following checks, all of which were returned because the payor stopped payment.

| Check Date | Payor | Memo | Property | Check Amount |
|---|---|---|---|---|
| 07/29/09 | Guy Trucking, Inc. | August 2009 Rent | 27800 LeMoyne, Millbury, OH | $1,326.00 |
| 07/29/09 | Amplex | Rent | 27800 LeMoyne, Millbury, OH | $876.33 |
| 07/31/09 | B L Reever Transport, Inc. | August 2009 Rent | 27800 LeMoyne, Millbury, OH | $500.00 |
| 07/29/09 | B L Reever Transport, Inc. | Rent | 27800 Lemoyne, Millbury, OH | $341.10 |
| 08/03/09 | William L. Cooper On behalf of Northwest Ohio Truck Brokers, Inc. | Rent | | $500.00 |

## Ashland, Ohio Property

The following constitutes all proceeds received by the Receiver in connection with the Ashland, Ohio Property:

| Check Date | Payor | Memo | Property | Check Amount |
|---|---|---|---|---|
| 12/01/09 | Dollar Tree Stores | Rent | Ashland, Ohio | $10,881.32 |