# TAB 2

UNITED DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>UNITED STATES SECURITIES AND<br>EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>JOHN J. BRAVATA, RICHARD J.<br>TRABULSY, ANTONIO M. BRAVATA,<br>BBC EQUITIES, LLC, BRAVATA<br>FINANCIAL GROUP, LLC and SHARI A.<br>BRAVATA,<br><br>     Defendants.<br>_____/ | Case No. 2:09-cv-12950-DML-VMM<br>Honorable David M. Lawson |

## ORDER GRANTING THE RECEIVER'S MOTION
## FOR AUTHORITY UNDER HUNTINGTON ORDERS

On January 21, 2010, the Receiver filed his Motion for Authority Under Huntington Orders, no responses to the Receiver's Motion having been filed and the Court being otherwise advised in the premises,

NOW, THERFORE, IT IS HEREBY ORDERED THAT

1.  The Receiver is authorized to turnover to Huntington the rents identified in the Accounting attached as Tab 1 to the Receiver's Motion.

2.  The Receiver is authorized to pay $22,450.00 to Erman Teicher and $19,399.00 to O'Keefe and Associates.

                                                           **Honorable David M. Lawson**
                                                           **United States District Judge**

Dated: _____, 2010