# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 12, 2016

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 14-1350/14-1807/14-1945/14-1958/14-1965/14-1969/14-2015, *SEC, et al v. John Bravata, et al*
Originating Case No. : 2:09-cv-12950

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc:  Antonio Bravata
     Mr. John Joseph Bravata
      Shari Bravata
     Ms. Tracey Hardin
     Mr. Christopher Paik
     Ms. Jane Derse Quasarano
     Mr. William Kenneth Shirey

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 14-1350/14-1807/14-1945/14-1958/14-1965/14-1969/14-2015

_____

Filed: February 12, 2016

UNITED STATES SECURITIES AND EXCHANGE COMMISSION; EARLE I. ERMAN

      Plaintiffs - Appellees

v.

JOHN JOSEPH BRAVATA; ANTONIO BRAVATA; SHARI BRAVATA

      Defendants - Appellants

 and

RICHARD J. TRABULSY, et al

      Defendants.

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 12/21/2015 the mandate for this case hereby issues today.

COSTS:  None